United States v. Phillip Braun, et al., 19-CR-80030-WPD

Exhibit List

| Exhibit | Description |
|---|---|
| 1 | ECF No. 261-1 GOV_00601403 Blackstone Labs website |
| 2 | ECF No. 261-2 Government Discovery Log |
| 3 | ECF No. 261-3 Dec. 2016 FDA Email re Dimethazine |
| 4 | ECF No. 261-4 January 15, 2020 Discovery Letter |
| 5 | ECF No. 261-5 Special Agent Kelly McCoy January 2017 Email |
| 6 | ECF No. 261-6 DEA Email re dimethazine and |
| 7 | ECF NO. 261-7 DEA Email re methyl-1-etiocholenolol |
| 8 | ECF No. 261-8 Aff. Terrence Boos |
| 9 | ECF No. 261-9 DEA-000009 |
| 10 | ECF No. 261-10 DEA-000090 |
| 11 | ECF No. 261-11 DEA-000061 |
| 12 | ECF No. 261-12 DEA-000004 |
| 13 | ECF No. 261-13 DEA-000001 |
| 14 | ECF No. 261-14 DEA-000029 |
| 15 | ECF No. 261-15 DEA-000036 |
| 16 | ECF No. 276-1 Blackstone Search Warrant, Agent Affidavit, SW Application |
| 17 | ECF No. 276-2 DEA June 2017 Email |
| 18 | ECF No. 276-3 May 3, 2019 Government Discovery Letter |
| 19 | ECF No. 276-5 Blackstone Labs Search Warrant Inventory of Items Seized |
| 20 | ECF No. 259-1 1140 Holland Drive Labs Search Warrant Inventory of Items Seized |
| 21 | ECF No. 259-2 April 3, 2019 Govt DiscoveryLetter |
| 22 | ECF No. 259-April 24, 2019 Govt Discovery Letter |
| 23 | ECF No. 259-4 Sept. 13, 2019 Govt Discovery Letter |
| 24 | ECF No. 259-5 Blackstone SW Sketch |
| 25 | Blackstone Labs Sketch Key - GOV-01868263 |
| 26 | Digital Evidence Worksheets (1090 Holland - Blackstone Labs) |
| 27 | ROI re Search Warrants |
| 28 | SCERS Activity Reports |
| 29 | Signed Inventory of Evidence (Electronics - Blackstone Labs) |
| 30 | ECF No. 235-1 Winsauer MOI |
| 31 | ECF No. 256-1 August 4, 2016 James Boccuzzi Email |
| 32 | August 2016 James Boccuzzi Cell Phone Chat with Robert Aleong |
| 33 | May 14, 2013 Certificate of Free Sale GOV-00671309 |
| 34 | August 8, 2016 Robert Aleong Email GOV-00671306 |
| 35 | August 4, 2016 Email with Certificate of Free Sale GOV-01473502 |
| 36 | August 4, 2016 Email GOV-00671134 |
| 37 | August 4, 2016 Email GOV-01494155 |
| 38 | August 8, 2016 Email GOV_01486807 |
| 39 | Robert Aleong Memorandum of Interview |
| 40 | Euphoria video |
| 41 | February 13, 2017 SA Kelly McCoy Email re Search |

United States v. Phillip Braun, et al., 19-CR-80030-WPD

Exhibit List

| Exhibit | Description |
|---|---|
| 42 | February 13, 2017 SA Scott Schillinger Email re Search |
| 43 | Search Warrant Application and Affidavit - 1090 Holland Drive (Blackstone Labs) |
| 44 | Blackstone Labs Search Warrrant Return w/ Inventory |
| 45 | VBS Laboratories Ssearch Warrant Application and Affidavit |
| 46 | VBS Laboratories Search Warrant Return w/ Inventory |
| 47 | FDA Enforcement Report re Super DMZ RX 2.0 |
| 48 | FDA Enforcement report re Super DMZ RX 2.0 - Color image |
| 49 | Digital Evidence Worksheet Anthony Ventrella phone |
| 50 | Digital Evidence Worksheet Ashley Ventrella phone |
| 51 | November 6, 2015 Articles of Incorporation VBS Laboratories |
| 52 | April 28, 2016 VBS Laboratories Annual Report |
| 53 | Sunbiz VBS Laboratories Voluntary Dissolution |
| 54 | June 13, 2016 Articles of Incorporation Ventech Labs, LLC |
| 55 | January 17, 2017 Ventech Labs Annual Report |
| 56 | ECF No. 40 Docket No. 9:18-cv-91352-KAM United States Statement |
| 57 | ECF 40-1 Govt Ex. A |
| 58 | FDA Interview Notes |
| 59 | ECF No. 285-1 Aff. David Winsauer |
| 60 | May 15, 2015 Extract from Anthony Ventrella's phone |
| 61 | August 4, 2015 Extract from Anthony Ventrella's phone |
| 62 | December 21, 2016 Extract from Anthony Ventrella's phone |
| 63 | Notes Extract from Anthony Ventrella's Phone |
| 64 | ECF No. 262-1 throuhh 262-4 Summaries of Expert Opinion re methylstenbolone, dimethazine, and methyl-1-etiocholenolol, and Web Capture from Blackstone Labs website. |
| 70 | Search Warrant, 1:17-mc-11066 (N.D. Ga.) |
| 71 | Search warrants filed in 1:16-cr-00224, ECF No. 84-1 including, 1:14-mc-0034, 1:14-mc-0035, 1:14-mc-0036, 1:14-mc-0037 |
| 72 | Report & Recommendation, United States v. Soviravong, 2019 WL 7906186 |
| 73 | Report & Recommendation, United States v. Mesika 2019 WL 2124899 |