# EXHIBIT 1



9:19-CR-80030
GOVERNMENT
EXHIBIT
001

Home (http://store.blackstonelabs.co/)     Super DMZ RX 2.0™

## SUPER DMZ RX 2.0™

Availability: **In stock**

**$59.99**

Qty:

1

ADD TO CART

Add to Wishlist (https://store.blackstonelabs.co/wishlist/index/add/product/3/)
Email to a Friend (http://store.blackstonelabs.co/sendfriend/product/send/id/3/)

1 Review(s) (http://store.blackstonelabs.co/review/product/list/id/3/) | Add Your Review (http://store.blackstonelabs.co/review/product/list/id/3/#review-form)

24

# Buy 2 Get $10 Off!

# Supplement Facts

Serving Size: 1 Capsule    Servings Per Container: 60

| Amount Per Capsule | | % Daily Value |
|---|---|---|
| 2,17a-dimethyl-17b-hydroxy-5a-androst-1-en-3-one | 10 mg | * |
| 17b-hydroxy 2a,17b-dimethyl 5a-androstan 3-one azine | 10 mg | * |

* Percent Daily Value (%DV) not established

(http://store.blackstonelabs.co/media/catalog/product/cache/1/image/9df78eab33525d08
20-render.png)





(http://store.blackstonelabs.co/media/catalog/product/cache/1/image/9df78eab33525d08d6e5fb8d27136e95/s/u/superdmz-
20-render.png)

Product Description     Reviews

**Super-DMZ Rx 2.0™** is a newly formulated supplement "Hardening Stack" engineered and designed to increase, sustain, and strengthen muscularity via multiple pathways. Super-DMZ Rx™ incorporates a combination of two synergistic compounds (Dymethazine & Methylsten) that target multiple receptor sites resulting in dry gains, harder/leaner muscle, and increased vascularity from one workout to the next. Super-DMZ Rx™ will increase lean muscle mass and strength at a level that is comparable to popular supplements such as Dianabol and Anadrol, the only difference is it's 100% legal!.

# Dimethazine

Featuring unheard of muscle building effects, Dimethazine was compared to Methyltestosterone, Oxymethalone, Androstanazole and Testosterone Propionate in their protein activity. Dymethazine was shown to have the HIGHEST myotropic (muscle building) effects out of any of the previously named supplements (Methyl-Test, Anadrol, Winstrol, and Testosterone Propionate)! In addition to this, it also displayed an ability to induce a higher rate of Nitrogen retention than Methyl-Test.(1)

In another study performed on Dymethazine, patients were administered Dymethazine for 45+ days. Liver values did not change for 50% of patients, while the other 50% noticed only modest to moderate increases in liver values(2). So, Dymethazine can increase liver values, however nowhere near the current methyl monsters on the market today. This means Dimethazine can be run for 4-6 weeks without the need of expensive liver support supplements.

Supplemental products that give huge strength/weight gains are usually associated with watery or wet gains due to large amounts of aromatization resulting in high levels of estrogen in the body. Too much estrogen can cause severe bloating, fat gain, and even potential growth problems. Dymethazine features 0% ability to aromatize and expresses an extremely weak androgenic activity (3). This means Dimethazine will produce intense gain, has very little to no liver impact, and will cause absolutely no estrogen related side effects.

Move beyond the supplements of yesterday, and step into the future of supplements with Dimethazine. Consume 1-3 capsules, evenly spaced throughout the day. Do not use Dimethazine for longer than 6 weeks. Immediately begin PCT dosing protocol upon finishing Dymethazine. Wait at least 90 days before running Dimethazine again.

References:

1. Biological activity of dimethazine in the protein field. Matscher, R.; Lupo, C.; De, P. Ruggieri. Lab. Ric. Ormonoter. Richter, Milan, Bollettino - Societa Italiana di Biologia Sperimentale (1962), 38 988-90. CODEN: BSIBAC ISSN: 0037-8771. Journal language unavailable. CAN 58:34623 AN 1963:34623 CAPLUS

2. Protracted action of protein anabolism in gynecological oncology and its effect on hepatic function. Dambrosio, F.; Donatelli, G. Fontana. Univ. Milan, Cancro, II (1963), 16(5), 553-604. Journal language unavailable. CAN 62:11656 AN 1965:11656 CAPLUS

3. A new supplement with protein activity: dimethazine. De Ruggieri, P.; Matscher, R.; Gandolfi, C.; Chiaramonti, D.; Lupo, C.; Pietra, E.; Cavalli, R. Ormonoterap. Richter, Milan, Archivio di Scienze Biologiche (Bologna) (1963), 47(1), 1-19. CODEN: ASBIAL ISSN: 0004-0169. Journal language unavailable. CAN 60:46973 AN 1964:46973 CAPLUS

# Methylstenbolone

In 1966 Methylstenbolone was researched by Searle Laboratories, along with several other compounds; several of which have become well known in the supplements today. Some of the supplements included in this research were Desoxymethyltestosterone (Pheraplex), Methyl-1-Testosterone (M1T), and 17a-methyl-1-androstenediol (M1-Alpha). At the conclusion of this research, the results were compared against several other well known compounds, all of which are still regularly used today.

The results of this comparison were shocking, with the researchers commenting that even the least active compound in Table 6 (see below) possessed a higher relative myotropic (muscle-building) potency than previously has been obtained with several clinically interesting compounds, which have been studied under identical conditions, i.e. Oxymetholone (Anadrol), Oxandrolone (Anavar), Stanozolol (Winstrol), and Methandrostenolone (Dianabol).

Even a novice in the world of supplements understands that Anadrol and Dianabol are considered strong supplements. In fact, Anadrol was long believed by many to be the most potent oral supplements in the world when it came to adding overall muscle mass. For every single supplements studied in Table 6 to be considered more myotropic than Anadrol, we are indeed looking at a powerful class of compounds. See below:

# Table 6.

Relative oral androgenic and myotropic potency and the ratio of oral to parenteral activity of methyltestosterone and the most active androstane derivatives included in this study.

| Derivative of 17α-methyl-5α-androstan-17b-ol | Average androgenic activity (%) | Myotropic activity[a] (%) | Ratio of myotropic to average androgenic activity | Ratio of oral to parenteral myotropic activity[b] |
|---|---|---|---|---|
| Methyltestosterone (IIe) | 100 | 100 | 1.0 | 70.0 |
| 1-dehydro-3-keto (IIa) | 198 | 910 | 4.6 | 20.0 |
| 1-dehydro-3-keto-2-methyl (IVd) | 124 | 660 | 5.3 | 18.0 |
| 1-dehydro-3b-hydroxy (IIf) | 91 | 420 | 4.2 | 12.0 |
| 2-dehydro (IIIa) | 187 | 1200 | 6.3 | 1.8 |

Key

IIe: Methyltestosterone
IIa: 1-Methyl-Testosterone
IVd: Methylstenbolone
IIf: M1-Alpha
IIIa: Desoxymethyltestosterone

As you can see by the chart above, Methylstenbolone is over 2/3rd as myotropic as M1T, per mg. In comparison, Superdrol's rating is about 400, making Methylstenbolone the more potent compound. While a supplement's rating doesn't always directly correlate with its ability to induce size & strength gains (think Anavar), if we use other drugs in this class as a guidepost for what kind of results to expect relative to their myotropic rating, Methylstenbolone can be expected to deliver. Fortunately, we do not have to guess when it comes to this compound's muscle building potential. In terms of lean tissue gain, Methylstenbolone ranks right up there at the top of the heap, likely providing greater gains per mg than any other OTC designer on the market, as well as surpassing nearly every other commonly produced oral supplement, such as Anadrol, Dianabol, etc.

Structurally, Methylstenbolone is an amalgamation between SD & M1T, sharing significant characteristics of both. However, in terms of visual results, Methylstenbolone will more closely resemble Superdrol, providing the user with a hard, dense, and dry appearance to his muscularity. When it comes to strength enhancement, Methylstenbolone will perform impressively, rivaling supplements such as Superdrol and Anadrol. No doubt, this is a compound strength athletes will be able to put to good use. In accordance with other DHT derivatives, Methylstenbolonen also lacks the ability to aromatize to any degree, nor is it capable of 5a-reduction.

Like all methylated supplements, Methylstenbolone will exhibit some degree of liver toxicity, but when used responsibly, which entails proper dosing and cycle length, this should remain a non-issue. When discussing hair loss, it should be remembered that the likelihood of experiencing this side effect is largely based on the individual's genetic predisposition. Still, Methylstenbolone does not seem to be particularly prone to causing this side effect, being much less likely than Testosterone or Trenbolone to initiate hair loss. Overall, the uses for which this supplement finds itself suitable are numerous. It can be used effectively in off-seasons bodybuilders, pre-contest competitors, or strength athletes all to good effect.

## Suggested Use:

As a dietary supplement, take one (1) to two (2) capsules in divided doses per day, with food.
Use in cycles of 4 weeks only and take at least 8 weeks off in between cycles.

**This product should only be used by healthy adults at least 21 years old. Do not exceed the recommended dose or duration of 4 weeks. Do not use if you are at risk of, or being treated for diabetes, liver problems or high blood pressure. Do not drink alcohol while using this product, and increase daily water intake. This product can negatively affect male fertility. Always Consult your health care professional before using any dietary supplements.**

## Warnings:

Do not exceed the recommended dose or duration. This product should only be used by healthy adults at least 21 years old. Do no use if pregnant or nursing, or if you are at risk of, or being treated for diabetes, liver problems or high blood pressure. Consult your health care professional before using any dietary supplements.

# EXHIBIT 2



Government's Discovery Index in United States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 1 | PROD. 1 | N/A | N/A | No Bates numbering | | All physical items such as papers, documents, data, photographs, or tangible objects, described in Fed. R. Crim. P. 16(a)(1)(E). (Electronic copies of documents, photographs of tangible items, and copies of forensic images were also produced as available, and are itemized below.) | Yes | Available for inspection since 4/3/2019; Available to Ventech for inspection since 4/24/2019; Available to Braun/Blackstone for inspection since 5/3/2019 |
| 2 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 1 | GOV 00000001 | GOV 00000017 | Records produced by the Arkansas Secretary of State pertaining to Legendary Supplements | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 3 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 31 | GOV_00000018 | GOV_00052484 | Records produced by AT&T pertaining to Blackstone Labs, affiliated personnel, James Boccuzzi, Aaron Singerman, RedCon1, Joey Ventrella, Ashley Ventrella, and Ronald Delaune | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 4 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 46 | GOV_00052485 | GOV_00052648 | Records produced by Black Diamond Supplements | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 5 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 16 | GOV 00052649 | GOV 00052813 | Records produced by the State of Florida | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 6 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 1 | GOV_00052814 | GOV_00052833 | Records produced by Flex Appeal | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 7 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 579 | GOV 00052834 | GOV 00053412 | Records produced by FedEx Express | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 8 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 12 | GOV_00053413 | GOV_00053716 | Records produced by FedEx Ground | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 9 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 2 | GOV_00053717 | GOV_00053726 | Records produced by Gold Coast Nutrition | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |

Government's Discovery Index in Unifed States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 10 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 92 | GOV 00053727 | GOV 00053970 | Records produced by Natural Body, Inc. | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 11 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 1 | GOV_00053971 | GOV_00053984 | Records produced by Primal Nutrition pertaining to Blackstone Labs | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 12 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 16104 | GOV 00053985 | GOV 00079118 | Records produced by Quality Tape & Label | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 13 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 13 | GOV 00079119 | GOV 00079166 | Records produced by Supplement Safety Solutions pertaining to Blackstone Labs | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 14 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 146 | GOV_00079167 | GOV_00079659 | Records produced by Synaptent | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 15 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 14 | GOV 00079660 | GOV 00079682 | Records produced by T-Mobile pertaining to James Boccuzzi and Christopher Niemczyk | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 16 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 6 | GOV_00079683 | GOV_00079701 | Records produced by UPS | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 17 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 1 | GOV 00079702 | GOV 00079704 | Records produced by UPS Store pertaining to a commercial PO box | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 18 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 101 | GOV 00079705 | GOV 00088417 | Records produced by Verizon pertaining to Phillip Braun, David Winsauer, Legendary Supplements, Salvina Vitale, Karen Newton, James Boccuzzi, and affiliated companies | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |

Government's Discovery Index in Unifed States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 19 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 890 | No Bates numbering | | Blackstone Labs Website Captures | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 20 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 419 | No Bates numbering | | Legendary Supplements Website Captures | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 21 | PROD. 1 | Flash Drive (Replacement sent on DVD) | 554 | No Bates numbering | | Prime Nutrition Website Capture | No | 4/3/2019 (Replacement DVD sent 4/15/2019) Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 22 | PROD. 2 | Encrypted HD | 5 | No Bates numbering | | Cell Phone Extracts | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 23 | PROD. 2 | Encrypted HD | 10 | No Bates numbering | | Defendants' Oral Statements | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 24 | PROD. 2 | Encrypted HD | 2 | No Bates numbering | | Forensic Reports for seized electronics | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 25 | PROD. 2 | Encrypted HD | 6 | No Bates numbering | | Search and Seizure Warrants | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 26 | PROD. 2 | Encrypted HD | 195 | No Bates numbering | | Statements of Organization - Rule 16(a)(1)(C) | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 27 | PROD. 2 | Encrypted HD | 9 | No Bates numbering | | Proffer Letters | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 28 | PROD. 3 | Encrypted HD | 60152 | GOV_00088418 | GOV_00246758 | Records produced by Google, Inc. pursuant to a search warrant for an email account controlled by James Boccuzzi | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 29 | PROD. 3 | Encrypted HD | 1062 | GOV_00246759 | GOV_00262349 | Records seized from 1090 Holland Ave | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |

Government's Discovery Index in Unifed States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 30 | PROD. 3 | Encrypted HD | 177068 | GOV_00262350 | GOV_00502602 | Records produced by Google, Inc. pursuant to a search warrant for the email account cs@blackstone.com | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 31 | PROD. 3 | Encrypted HD | 7531 | GOV 00502603 | GOV 00541793 | Records seized from 1140 Holland Ave | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 32 | PROD. 3 | Encrypted HD | 873 | GOV 00541794 | GOV 00544751 | Records produced by A1 supplements | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 33 | PROD. 3 | Encrypted HD | 26 | GOV 00544752 | GOV 00545696 | Payroll records produced by ADP | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 34 | PROD. 3 | Encrypted HD | 5 | GOV 00545697 | GOV 00546775 | Records produced by American Express pertaining to Blackstone Labs | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 35 | PROD. 3 | Encrypted HD | 21 | GOV_00546776 | GOV_00550072 | Records produced by Authorize.Net | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 36 | PROD. 3 | Encrypted HD | 2 | GOV_00550073 | GOV_00550396 | Records produced by Boynton Beach XXIC Corp pertaining to Aaron Singerman properties | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 37 | PROD. 3 | Encrypted HD | 1377 | GOV_00550397 | GOV_00554138 | Records produced by Bank of America | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 38 | PROD. 3 | Encrypted HD | 592 | GOV_00564895 | GOV_00565486 | Records produced by Blackstone Labs | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 39 | PROD. 3 | Encrypted HD | 8 | GOV 00565487 | GOV 00565762 | Records produced by Capital One | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 40 | PROD. 3 | Encrypted HD | 25 | GOV 00565763 | GOV 00565787 | Records produced by US Customs and Border Patrol | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 41 | PROD. 3 | Encrypted HD | 64 | GOV 00565788 | GOV 00566495 | Records produced by Clayton Hodges | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |

Government's Discovery Index in Unifed States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 42 | PROD. 3 | Encrypted HD | 90 | GOV_00566496 | GOV_00566950 | Records produced by Christopher Niemczyk | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 43 | PROD. 3 | Encrypted HD | 2 | GOV_00566951 | GOV_00567115 | Records produced by Excell Auto Group, Inc., for Phillip Braun, Aaron Singerman, and Celeste Braun | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 44 | PROD. 3 | Encrypted HD | 669 | GOV_00567116 | GOV_00569157 | Records produced by First Community Bank pertaining to Justin Smith | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 45 | PROD. 3 | Encrypted HD | 1 | GOV_00569158 | GOV_00569633 | Records produced by Fidelity Investments pertaining to Phillip Braun | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 46 | PROD. 3 | Encrypted HD | 9 | GOV_00569634 | GOV_00570641 | Records produced by Flex It Nutrition | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 47 | PROD. 3 | Encrypted HD | 1 | GOV_00570642 | GOV_00570726 | Records produced by Recovery Racing LLC, DBA Ferrari-Maserati of Fort Lauderdale for Aaron Singerman | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 48 | PROD. 3 | Encrypted HD | 1 | GOV_00570727 | GOV_00570727 | Records produced by Federal Reserve Bank of New York | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 49 | PROD. 3 | Encrypted HD | 10 | GOV_00570728 | GOV_00570809 | Records produced by Grant W. Kehres, PA, pertaining to Phillip Braun properties | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 50 | PROD. 3 | Encrypted HD | 1228 | GOV_00570810 | GOV_00573729 | Records produced by GeorgeW Services Inc DBA Boca Bookkeeping pertaining to Blackstone Labs | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 51 | PROD. 3 | Encrypted HD | 1 | GOV_00573730 | GOV_00573957 | Records produced by International Equities Group | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 52 | PROD. 3 | Encrypted HD | 463 | GOV_00573958 | GOV_00576043 | Records produced by IronMag Labs, LLC pertaining to Blackstone Labs, Ventech and affiliated companies and individuals | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 53 | PROD. 3 | Encrypted HD | 3928 | GOV_00576044 | GOV_00601249 | Records produced by JP Morgan Chase | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |

Government's Discovery Index in United States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 54 | PROD. 3 | Encrypted HD | 15 | GOV_00601250 | GOV_00601287 | Records produced by Kabal One pertaining to Blackstone Labs | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 55 | PROD. 3 | Encrypted HD | 323 | GOV 00601288 | GOV 00602874 | Records produced by Kevin Smith | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 56 | PROD. 3 | Encrypted HD | 4509 | GOV 00602875 | GOV 00616022 | Records produced by Legendary Supplements | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 57 | PROD. 3 | Encrypted HD | 473 | GOV 00616023 | GOV 00618440 | Records produced by Lloyd's of London | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 58 | PROD. 3 | Encrypted HD | 2382 | GOV 00618441 | GOV 00621160 | Records produced by Legendary Supplements | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 59 | PROD. 3 | Encrypted HD | 2106 | GOV_00621161 | GOV_00626896 | Records produced by Melamed & Karp pertaining to Blackstone Labs, Fight Pharm, Phillip Braun, Aaron Singerman, and affiliated companies | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 60 | PROD. 3 | Encrypted HD | 15 | GOV_00626897 | GOV_00626911 | Records produced by Jodie Minear | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 61 | PROD. 3 | Encrypted HD | 266 | GOV_00626912 | GOV_00627411 | Records produced by N101 | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 62 | PROD. 3 | Encrypted HD | 4937 | GOV_00627412 | GOV_00664751 | Records produced by Nutrition Distribution | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 63 | PROD. 3 | Encrypted HD | 9 | GOV 00664752 | GOV 00664883 | Records produced by Nova Title Company pertaining to Aaron Singerman properties | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 64 | PROD. 3 | Encrypted HD | 49 | GOV 00664884 | GOV 00665018 | Records produced by Nutriverse | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 65 | PROD. 3 | Encrypted HD | 498 | GOV 00665019 | GOV 00666632 | Records produced by PayPal pertaining to Aaron Singerman, Phillip Braun, Blackstone Labs, Justin Smith and Legendary Supplements | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |

Government's Discovery Index in United States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 66 | PROD. 3 | Encrypted HD | 13 | GOV_00666633 | GOV_00666659 | Records produced by Pentagon Federal Credit Union pertaining to Phillip Braun | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 67 | PROD. 3 | Encrypted HD | 1560 | GOV_00666660 | GOV_00670040 | Records produced by Legendary Supplements | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 68 | PROD. 3 | Encrypted HD | 10 | GOV_00670041 | GOV_00670851 | Records produced by Raymond James Financial pertaining to Aaron Singerman | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 69 | PROD. 3 | Encrypted HD | 257 | GOV_00670852 | GOV_00671313 | Records produced by Robert Aleong | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 70 | PROD. 3 | Encrypted HD | 42 | GOV_00671314 | GOV_00674438 | Records produced by Safina Asset Management LLC pertaining to Blackstone Labs | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 71 | PROD. 3 | Encrypted HD | 722 | GOV_00674439 | GOV_00678087 | Records produced by Signature Bank of Georgia pertaining to Wesley Houser, Benjamin Mesika, and affiliated companies | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 72 | PROD. 3 | Encrypted HD | 8 | GOV_00678088 | GOV_00678162 | Records produced by Seacoast Bank pertaining to Phillip Braun | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 73 | PROD. 3 | Encrypted HD | 696 | GOV_00678163 | GOV_00679612 | Records produced by Supplement Superstores | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 74 | PROD. 3 | Encrypted HD | 223 | GOV_00679613 | GOV_00680106 | Records produced by Strong Supplements | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 75 | PROD. 3 | Encrypted HD | 2 | GOV_00680107 | GOV_00680108 | Records produced by United States Postal Inspection Service | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 76 | PROD. 3 | Encrypted HD | 200654 | GOV_00680109 | GOV_00973931 | Records produced by Aaron Singerman | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 77 | PROD. 3 | Encrypted HD | 4404 | GOV_00973932 | GOV_00983720 | Records produced by FightPharm, LLC | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |

Government's Discovery Index in Unifed States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 78 | PROD. 3 | Encrypted HD | 9349 | GOV_00983721 | GOV_01001122 | Records produced by Ventech Labs, LLC | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 79 | PROD. 3 | Encrypted HD | 22 | GOV 01001123 | GOV 01001873 | Records produced by Wells Fargo pertaining to Phillip Braun | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 80 | PROD. 3 | Encrypted HD | 47 | GOV 01001874 | GOV 01002116 | Accounting records produced by William Head, CPA, pertaining to Blackstone Labs | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 81 | PROD. 3 | Encrypted HD | 400 | GOV 01002117 | GOV 01003332 | Records produced by David Willis | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 82 | PROD. 3 | Encrypted HD | 4 | GOV 01003333 | GOV 01003336 | Records produced by Western Union pertaining to Aaron Singerman and Phillip Braun | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 83 | PROD. 3 | Encrypted HD | 51593 | GOV 01003337 | GOV_01095511 (updated 7/31/19) | Records produced by Blackstone Labs, LLC | Yes | 4/3/2019 Produced to Ventech 4/24/2019 Produced to Braun/Blackstone on 5/3/2019; Reproduced in part as PROD 12 to Blackstone and Braun on 6/24/19; produced to all other defendants 7/17/19 |
| 84 | PROD. 4 | DVD | 2 | GOV 01865938 | GOV 01865939 | Blackstone Labs Search Entry/Exit Videos | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 85 | PROD. 4 | DVD | 282 | GOV-1865940 | GOV-0186221 | Photos of electronic devices seized at 1090 Holland Ave | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 86 | PROD. 4 | DVD | 4 | GOV-01866222 | GOV-01866237 | FDA Adverse Events Data | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 87 | PROD. 4 | DVD | 11 | GOV-01866238 | GOV-01866300 | FDA Chemist CVs | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 88 | PROD. 4 | DVD | 1 | GOV-01866301 | GOV-01866304 | FDA Miscellaneous document | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 89 | PROD. 4 | DVD | 67 | GOV-01866305 | GOV-01866371 | Photos from trash pulls | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 90 | PROD. 4 | DVD | 16 | GOV-01866372 | GOV-01866402 | Documentation from undercover purchases | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |

Government's Discovery Index in United States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 91 | PROD. 4 | DVD | 82 | GOV-01866403 | GOV-01867621 | Materials from trash pulls | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 92 | PROD. 4 | DVD | 12 | GOV-01867622 | GOV-01867698 | FDA Miscellaneous documents | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 93 | PROD. 4 | DVD | 11 | GOV-01867699 | GOV-01867866 | Medical records | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 94 | PROD. 4 | DVD | 3 | GOV-01867867 | GOV-01867869 | Ventech Labs Search Entry/Exit Videos | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 95 | PROD. 4 | DVD | 29 | GOV-01867870 | GOV-01867898 | Photos from search of 1140 Holland Ave | Yes | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 96 | PROD. 5 | DVD | 1 | GOV-01867899 | GOV-01867899 | Sketch of 1090 Holland Ave premises | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 97 | PROD. 5 | DVD | 363 | GOV-01867900 | GOV-01868262 | Photos and entry/exit videos from search of 1090 Holland Ave | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 98 | PROD. 5 | DVD | 1 | GOV-01868263 | GOV-01868263 | Sketch Key 1090 Holland Ave premises | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 99 | PROD. 5 | DVD | 13 | GOV-01868264 | GOV-01868409 | Blackstone Sales Reports | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 100 | PROD. 5 | DVD | 34 | GOV-01868410 | GOV-01868585 | Recall Documents | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 101 | PROD. 5 | DVD | 103 | GOV-01868586 | GOV-01872972 | FDA Lab Results | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 102 | PROD. 5 | DVD | 3 | GOV-01872973 | GOV-01872975 | Videos of Braun captured online | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 103 | PROD. 5 | DVD | 76 | GOV-01872976 | GOV-01873283 | FDA Active Websites and social media | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 104 | PROD. 5 | DVD | 35 | GOV-01873284 | GOV-01873505 | FDA Archived Websites | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 105 | PROD. 5 | DVD | 20 | GOV-01873506 | GOV-01873525 | Videos captured by FDA | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 106 | PROD. 5 | DVD | 19 | GOV-01873526 | GOV-01873648 | FDA Active Websites and social media | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |

Government's Discovery Index in United States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 107 | PROD. 5 | DVD | 5 | GOV-01873649 | GOV-01873653 | Photos of products seized during search of 1140 Holland Ave | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 108 | PROD. 5 | DVD | 1 | GOV-01873654 | GOV-01873655 | Sketch of 1140 Holland Ave premises | No | 4/24/2019 Produced to Braun/Blackstone on 5/3/2019 |
| 109 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 1: Apple iMac Model # A1419 bearing serial # C02Q113DFY11, identified as S1RIC1D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 110 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 2: Apple iMac Model # A1418 bearing serial # C02L7480F8J2, identified as S1RIC2D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 111 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 3: Apple iMac Model # A1419 bearing serial # C02P33L0FY11, identified as S1RHC2D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 112 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 4: Apple iMac Model # A1419 bearing serial # C02Q24BJF8J4, identified as S1RPC3D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 113 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 5: Apple iPhone Model # MKUQ2LL bearing serial # F2LRFASVGRWV, 64 GB, James Boccuzzi, identified as S1RPC1D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 114 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 6: Apple iPhone model # MGC52LL bearing serial # F2LPCAJCG5QJ, 64 GB, Richard Newton, identified as S1RPC2D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 115 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 7: Apple iPhone model # MN5T2LL bearing serial #F2LSRC25HFXW, 128 GB, David Winsauer, identified as S1RHC1D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 116 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 8: Apple laptop model # A1466 bearing serial # C02NVDWJG0B5, 128 GB, identified as S1RFC1D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 117 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 9: Apple iMac model # A1418 bearing serial #C02QD3Q8GG77, identified as S1RIC3D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 118 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 10: Seagate external 2 TB hard drive model # SRD00F1 bearing serial # NA97FTKY, identified as S1RPC4D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 119 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 11: Seagate external 1 TB hard drive model # SRD00F1 bearing serial # NA7R9MYR with handwritten label-Aaron Singerman Desktop Backup 05/24/16, identified as S1RHC3D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |

**Government's Discovery Index in United States v. Phillip Braun, et al., 19-80030-CR-WPD**

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 120 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 12: Western Digital external 1 TB hard drive model # WDBYNW0010BBK-08 bearing serial # WX71AB6K5C6C with handwritten label-Chris E. laptop backup Jan 9th 2017, identified as S1RHC4D | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 121 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 1, Item # 13: Western Digital external 1 TB hard drive model # WDBUZG0010BBK bearing Serial # WX71EB3CDW46, identified as S1RHC5D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 122 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 2, Item # 1: MacBook Air model # A 1465 bearing serial # C02QLG3YGFWM, identified as S2RCC1D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 123 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 2, Item # 2: Mac All-in-One model # A 1419 bearing Serial # C02PD57GFY10, identified as S2RAC2D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 124 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 2, Item # 3: Mac All-in-One model # A1418 bearing Serial # C02MCBDKFBJ2, identified as S2RAC3D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 125 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 2, Item # 4: HP Elite One 800 G1 Touch AiO Business PC bearing Serial # MXL6261V91, identified as S2RAC3D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 126 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 2, Item # 5: Apple iphone, serial # F9CR26FFG5QJ, Anthony Ventrella, 64 GB, identified as S2RAC4D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 127 | PROD. 6 | Encrypted HD | n/a | No Bates numbering | | Site 2, Item # 6: Apple iphone, serial # F9CQW2YNG5QJ, Ashley Ventrella, 64 GB, identified as S2RAC5D1 | Yes | 5/3/2019 (copies produced to Boccuzzi and Blackstone on 5/16/2019) |
| 128 | PROD. 7 | Flash Drive | 1 | GOV-01873656 | GOV-01873811 | Records produced by ADP | Yes | 5/17/2019 |
| 129 | PROD. 7 | Flash Drive | 1 | GOV-01873812 | GOV01873827 | Records produced by Blackstone Labs | Yes | 5/17/2019 |
| 130 | PROD. 7 | Flash Drive | 3 | GOV-01873828 | GOV-01873872 | Records produced by Excell Auto | Yes | 5/17/2019 |
| 131 | PROD. 7 | Flash Drive | 83 | GOV-01873873 | GOV-01873955 | Images of documents and items from trash pulls | Yes | 5/17/2019 |
| 132 | PROD. 7 | Flash Drive | 58 | GOV-01873956 | GOV-01874172 | Records produced by FDA related to recalls | Yes | 5/17/2019 |
| 133 | PROD. 7 | Flash Drive | 9 | GOV-01874173 | GOV-01874206 | Records produced by FDA ORA Health Fraud | Yes | 5/17/2019 |
| 134 | PROD. 7 | Flash Drive | 88 | GOV-01874207 | GOV-01874428 | Records of FDA OCI email communications with witnesses and/or defendants | Yes | 5/17/2019 |
| 135 | PROD. 7 | Flash Drive | 12 | GOV-01874429 | GOV-01880336 | Records produced by JPMorgan Chase | Yes | 5/17/2019 |
| 136 | PROD. 7 | Flash Drive | 1 | GOV-01880337 | GOV-01880363 | Records produced by Kabal One | Yes | 5/17/2019 |
| 137 | PROD. 7 | Flash Drive | 1 | GOV-01880364 | GOV-01880365 | Records produced by Legendary Supplements | Yes | 5/17/2019 |
| 138 | PROD. 7 | Flash Drive | 4 | GOV-01880366 | GOV-01880369 | Records produced by ███████ | Yes | 5/17/2019 |
| 139 | PROD. 7 | Flash Drive | 2 | GOV-01880370 | GOV-01882371 | Records produced by Mass Mutual | Yes | 5/17/2019 |
| 140 | PROD. 7 | Flash Drive | 1 | GOV-01882372 | GOV-01882702 | Records produced by Northern Trust | Yes | 5/17/2019 |
| 141 | PROD. 7 | Flash Drive | 1 | GOV-01882703 | GOV-01882704 | Records produced by Safina Asset Management | Yes | 5/17/2019 |
| 142 | PROD. 7 | Flash Drive | 5 | GOV-01882705 | GOV-01882945 | Records produced by St. Vincent Medical Center ███████ medical records) | Yes | 5/17/2019 |

Government's Discovery Index in United States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 143 | PROD. 7 | Flash Drive | 1 | GOV-01882946 | GOV-01884001 | Records produced by UNC ███ medical records) | Yes | 5/17/2019 |
| 144 | PROD. 8 | Flash Drive | 6,632 | GOV-01884002 | GOV-01901120 | Records produced by FDA | Yes | 5/17/2019 |
| 145 | PROD. 9 | DVD | 5 | GOV-01901121 | GOV-01901125 | Records produced by Iron Mag Labs | No | 5/17/2019 |
| 146 | PROD. 9 | DVD | 1 | GOV-01901126 | GOV-01901142 | Records produced by Legendary Suppelments, LLC | No | 5/17/2019 |
| 147 | PROD. 10 | Email | 2 | No Bates numbering | | Inventories of Evidence for searches conducted at Blackstone Labs, LLC and Ventech Labs, LLC | No | 5/17/2019 |
| 148 | **Potential Trial Exhibits and "Hot" Documents** | | | | | | | |
| 149 | PROD. 11 | DVD | 40 | Varied | | Documents Related to Count 1 & Overt Acts | Yes | 6/4/2019 (as hot documents) |
| 150 | PROD. 11 | DVD | 3 | GOV_00606151, GOV_00606158, GOV_00398098 | | Documents Related to Count 2 & 3 | Yes | 6/4/2019 (as hot documents) |
| 151 | PROD. 11 | DVD | 1 | GOV 01463250 | | Documents Related to Count 5 | Yes | 6/4/2019 (as hot documents) |
| 152 | PROD. 11 | DVD | 2 | GOV_01517740, (no bates number) | | Documents Related to Count 6 | Yes | 6/4/2019 (as hot documents) |
| 153 | PROD. 11 | DVD | 8 | GOV_01866374, GOV_01866376 thru GOV_01866382 | | Documents Related to Count 7 | Yes | 6/4/2019 (as hot documents) |
| 154 | PROD. 11 | DVD | 1 | GOV_01868598 | | Documents Related to Count 8 | No | 6/4/2019 (as hot documents) |
| 155 | PROD. 11 | DVD | 1 | GOV_00576052 | | Documents Related to Count 9 | Yes | 6/4/2019 (as hot documents) |
| 156 | PROD. 11 | DVD | 1 | GOV 00550073 | | Documents Related to Count 10 | Yes | 6/4/2019 (as hot documents) |
| 157 | PROD. 11 | DVD | 1 | GOV 00550073 | | Documents Related to Count 11 | Yes | 6/4/2019 (as hot documents) |
| 158 | PROD. 11 | DVD | 1 | GOV 00570804 | | Documents Related to Count 12 | Yes | 6/4/2019 (as hot documents) |
| 159 | PROD. 11 | DVD | 1 | GOV 00576052 | | Documents Related to Count 13 | Yes | 6/4/2019 (as hot documents) |
| 160 | PROD. 11 | DVD | 1 | GOV 00570804 | | Documents Related to Count 14 | Yes | 6/4/2019 (as hot documents) |
| 161 | PROD. 11 | DVD | 196 | Varied | | Other Potential Trial Exhibits, including Count 4 | Yes | 6/4/2019 (as hot documents) |
| 162 | n/a | Email | n/a | n/a | n/a | Expert witness disclosure | No | 6/12/2019 |
| 163 | PROD. 12 | Hard Drive | 163 | GOV-01901143 | GOV-02037493 | Records of communications between Blackstone Labs and its employees and retailers | Yes | 7/17/19 (7/22/2019 produced to Blackstone and Braun) |
| 164 | PROD. 3.2 | Hard Drive | 448,497 | GOV 01095512 | GOV 01865937 | Correction to Prod 003 - Tranche 3 | Yes | Produced to Blackstone and Braun on 6/24/19, produced to all other defendants 7/17/19 |
| 165 | PROD. 3.2 | Hard Drive | 1 | No Bates numbering | | Overlay file containing metadata fields for Prod 003 - Tranche 1 | Yes | 7/17/19 (7/22/2019 produced to Blackstone and Braun) |
| 166 | PROD. 13 | Hard Drive | 1,427 | GOV-02037494 | GOV-02046091 | Records produced by FDA | Yes | 9/13/2019 |
| 167 | PROD. 14 | Hard Drive | 2,893 | GOV-02046092 | GOV-02055717 | Records from Robert DiMaggio computer | Yes | 9/13/2019 |
| 168 | PROD. 14 | n/a | n/a | n/a | n/a | Forensic image of Robert DiMaggio's computer | No | Available for inspection since 9/13/19 |
| 169 | PROD. 15 | Hard Drive | 2 | n/a | n/a | Supplemental phone communications between Anthony Ventrella and Ashley Ventrella | Yes | 9/13/2019 |
| 170 | PROD. 15 | Hard Drive | 49 | n/a | n/a | Phone communications produced by Paul Jasinto | Yes | 9/13/2019 |

Government's Discovery Index in United States v. Phillip Braun, et al., 19-80030-CR-WPD

| | Production Number | Media | No. of Docs | Beg. Doc # | End Doc # | Description | Subject to Protective Order | Date Produced |
|---|---|---|---|---|---|---|---|---|
| 171 | PROD. 15 | Hard Drive | n/a | n/a | n/a | Forensic image of Robert DiMaggio's iPhone | Yes | 9/13/2019 |
| 172 | n/a | Email | n/a | n/a | n/a | Second expert witness disclosure | | 9/27/2019 |
| 173 | n/a | Email | n/a | n/a | n/a | Request for reciprocal discovery re advice of counsel | No | 11/13/2019 |
| | n/a | Email | n/a | n/a | n/a | Request for reciprocal discovery re notices of expert witnesses | No | 11/13/2019 |
| 174 | n/a | Email | n/a | n/a | n/a | DiMaggio plea agreement | No | 11/20/2019 |
| 175 | PROD. 16 | DVD | | Varied | | (DVD 1) Images of files from search warrant of jamesbocc@gmail.com | Yes | 11/26/2019 |
| 176 | PROD. 16 | DVD | | Varied | | (DVD 1) 166 native files represented in Mr. Salter's 10/17/19 spreadsheet | | 11/26/2019 |
| 177 | PROD. 16 | 2 DVDs | | Varied | | (DVDs 2-3) Native files in response to Mr. Davis' request to search for natives inadvertently omitted from original productions | Yes | 11/26/2019 |
| 178 | PROD. 16 | 3 DVDs | | Varied | | (DVDs 3-6) native files for lower quality images | | 11/26/2019 |
| 179 | PROD. 17 | DVD | 3 | n/a | n/a | Videos related to Phillip Braun | No | 12/20/2019 |
| 180 | PROD. 17 | DVD | 3 | n/a | n/a | FDA documents | Yes | 12/20/2019 |
| 181 | PROD. 17 | DVD | 5 | n/a | n/a | Captures from Blackstone Labs website and forum re military | No | 12/20/2019 |
| 182 | PROD. 17 | DVD | 12 | n/a | n/a | Online articles | No | 12/20/2019 |
| 183 | PROD. 17 | DVD | 5 | n/a | n/a | Victim records | Yes | 12/20/2019 |
| 184 | PROD. 17 | DVD | 1 | n/a | n/a | MOI of James Boccuzzi | Yes | 12/20/2019 |
| 185 | PROD. 17 | DVD | 1 | n/a | n/a | Bank records from JP Morgan Chase | Yes | 12/20/2019 |
| 186 | n/a | Email | 2 | n/a | n/a | Third expert witness disclosure | | 1/8/2020 |
| 187 | n/a | DVD | 44 | n/a | n/a | Potential Brady/Giglio, and Early Jencks | Yes | 1/15/2020 |
| 188 | n/a | Email | 21 | DEA-000009 | DEA-000108 | Supplemental production of documents from DEA | Yes | 1/24/2020 |
| 189 | n/a | Email | 2 | n/a | n/a | MOIs of DEA chemists | Yes | 1/28/2020 |
| 190 | n/a | Email | 14 | n/a | n/a | FDA documents relating to Adverse Events | Yes | 1/29/2020 |

# EXHIBIT 3



9:19-CR-80030
GOVERNMENT
EXHIBIT
003

**From:** Goldman, Shawn
**Sent:** Friday, December 16, 2016 2:34 PM
**To:** Joyce, Kathleen M
**CC:** Humbert, Jason; Hutchison, Danial S; Welch, Cara
**Subject:** RE: Dymethazine

Well, it's not a dietary ingredient as Cara previously mentioned. It could be an unsafe food additive if it's in a valid food product (a conventional food or a dietary supplement with at least one dietary ingredient.)

The product we were looking at was making claims and did not have any dietary ingredients in it, so it was treated as a drug product. It looks like the attached product has at least one dietary ingredient, so we could say that it contains an unsafe food additive, Dymethazine (assuming that OFAS is on board). I wasn't able to find any specific action against dymethazine in the past though. Interestingly, there was a case against IForce Nutrition regarding their spiking of products with steroids and one of the products they were spiking was called Dymethazine.
http://www.fda.gov/ICECI/CriminalInvestigations/ucm254526.htm

Shawn

**From:** Joyce, Kathleen M
**Sent:** Friday, December 16, 2016 2:19 PM
**To:** Goldman, Shawn
**Cc:** Humbert, Jason; Hutchison, Danial S; Welch, Cara
**Subject:** RE: Dymethazine

Oh, so it's a drug?

**From:** Goldman, Shawn
**Sent:** Friday, December 16, 2016 2:14 PM
**To:** Joyce, Kathleen M
**Cc:** Humbert, Jason; Hutchison, Danial S; Welch, Cara
**Subject:** RE: Dymethazine

Hi Kathy,

We did not get confirmation of the ingredient's status as an unsafe food additive because the product which contained Dymethazine did not contain any dietary ingredients and therefore was treated as a drug despite its labeling as a supplement. If the product in question has a dietary ingredient such that it could be a dietary supplement we can have OFAS conduct a review of this ingredient to support a 402(a)(2)(C) charge if that's the route looked to be taken in this instance.

Thanks,

Shawn

**From:** Joyce, Kathleen M
**Sent:** Friday, December 16, 2016 1:52 PM
**To:** Goldman, Shawn
**Cc:** Humbert, Jason; Joyce, Kathleen M; Hutchison, Danial S; Welch, Cara
**Subject:** Dymethazine

Hello Shawn,

I'm updating the WA in CMS with HFT's undercover buy information.

Do you have an update on the unsafe food additive determination?

Thanks,

Kathy

**From:** Welch, Cara
**Sent:** Monday, November 07, 2016 2:21 PM
**To:** Hutchison, Danial S
**Cc:** Goldman, Shawn
**Subject:** RE: Cn

As it's currently labeled, it would at least be a misbranded dietary supplement (403(a)(1) False or misleading) because it listed Dymethazine as a dietary ingredient when it is not. I believe Shawn Goldman in CFSAN's Office of Compliance was looking at this ingredient to be an unsafe food additive (I don't know the conclusion) and I've added him to this email.

**From:** Hutchison, Danial S
**Sent:** Monday, November 07, 2016 2:19 PM
**To:** Welch, Cara

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Cc:** Jacobs, Kristi (CFSAN)
**Subject:** RE: Cn

Cara, thanks for your help.  We will take a closer look at this product.

Dan



Danial S. Hutchison
Compliance Officer
Kansas City District
(913) 495-5154

---

**From:** Welch, Cara
**Sent:** Monday, November 07, 2016 12:28 PM
**To:** Hutchison, Danial S
**Cc:** Jacobs, Kristi (CFSAN)
**Subject:** RE: Cn

Dan,
Kristi forwarded your email to me. ODSP has reviewed the ingredient you asked about (**17b-hydroxy-2a, 17b-dimethyl-5a-androstan-3-one-azine**) before and concluded it does not fit the definition of a dietary ingredient. This doesn't mean, however, that it's a controlled substance. I believe it's currently the subject of a WL that is still in clearance.

Let me know if you have other questions
Cara

**Cara Welch, Ph.D.**
Senior Advisor
Office of Dietary Supplement Programs
CFSAN/FDA
Direct: 240-402-2333
Mobile: 301-452-5163
cara.welch@fda.hhs.gov

---

**From:** Jacobs, Kristi (CFSAN)
**Sent:** Monday, November 07, 2016 12:45 PM
**To:** Welch, Cara
**Cc:** Durkin, Robert
**Subject:** FW: Cn

---

**From:** Hutchison, Danial S <Danial.Hutchison@fda.hhs.gov>
**Date:** November 7, 2016 at 11:03:18 AM EST
**To:** Jacobs, Kristi (CFSAN) <Kristi.Jacobs@fda.hhs.gov>
**Subject:** FW: Cn

Kristi, I am a compliance officer in KAN-DO and am trying to find if "**17b-hydroxy-2a, 17b-dimethyl-5a-androstan-3-one-azine**" is legal to be used in a dietary supplement.  Can you tell me if this is something that is legal to be in a dietary supplement?  It appears it may be called by a number of names such as Superdrol which is an anabolic steroid or considered a prohormone.

This issue and the attached picture came from the DEA.  The email string below shows what information we have at this point.  I am still trying to get more details.

Thanks
Dan

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Danial S. Hutchison
Compliance Officer
Kansas City District
(913) 495-5154



OFFICE OF REGULATORY AFFAIRS

---

**From:** Morrison, Spencer
**Sent:** Thursday, November 03, 2016 1:09 PM
**To:** Hutchison, Danial S
**Subject:** FW: Cn

Dan,

Here you go

---

**From:** Blair, Todd
**Sent:** Wednesday, November 02, 2016 9:34 AM
**To:** Morrison, Spencer
**Subject:** FW: Cn

---

**From:** Jato, Ivan [mailto:Ivan.Jato@usdoj.gov]
**Sent:** Wednesday, November 02, 2016 9:24 AM
**To:** Blair, Todd
**Subject:** FW: Cn

Hi Todd – Attached is the picture that was forwarded to me from ███████████████████ and his email is all the way at the bottom). ██ works at a nutrition shop at Columbia Mall in Columbia, Missouri. He called DEA claiming that people have come into his store requesting the supplement in the attached picture. The people requesting the supplement apparently purchased it at another nutrition shop called ███ ████ with locations in KC and Columbia, MO. ███ alleged that **17b-hydroxy-2a, 17b-dimethyl-5a-androstan-3-one-azine** is a steroid/pro-hormone and is no longer legal.

Below is my exchange with a Chemist at DEA HQ as well. I wanted to confirm if **17b-hydroxy-2a, 17b-dimethyl-5a-androstan-3-one-azine** is a controlled substance and it is not.

Hopefully it'll be something useful for you.

**DI Ivan Jato**
DEA/KCDO
913.951.4111 – Direct
913.229.2967 – Cell
913.951.3684 – Fax

---

**From:** DiBerardino, Thomas
**Sent:** Friday, October 21, 2016 7:59 AM
**To:** Jato, Ivan
**Cc:** Wong, Liqun L.
**Subject:** RE: Cn

Ivan,
Based on an analysis of the CSA and its implementing regulations, 17b-hydroxy-2a, 17b-dimethyl-5a-androstan-3-one-azine is found not to be a DEA controlled substance.  It is related in chemical structure to anabolic steroids controlled in schedule III of the CSA, however, this specific substance is not listed or defined as controlled.

A cursory internet search suggests that this substance has been banned by the FDA as it acts as an anabolic steroid pro-drug. However,  FDA documentation on its ban has not been identified.

Regards,
Tom

Tom DiBerardino, Ph.D., Chemist

Drug Enforcement Administration
Drug & Chemical Evaluation Section
8701 Morrissette Drive
Springfield, VA 22152-4208
Desk: (202) 307-7207 Cell: (202) 904-9671
Office: (202) 307-7183 Fax: (202) 353-1263

This electronic correspondence and any attachments hereto are the property of the Drug Enforcement Administration Diversion Control Division. Neither it, nor its contents, may be disseminated further without the express permission of the author and, where appropriate, DEA's Office of Chief Counsel.

**From:** Jato, Ivan
**Sent:** Thursday, October 20, 2016 2:33 PM
**To:** DiBerardino, Thomas
**Subject:** FW: Cn

Good afternoon, hopefully you can help me out with the following:

I received a phone call from an individual who works at a supplement shop in Columbia, MO and he said several people have come into his store with the bottle in the attached picture, asking him if he has any in supply. Individuals who brought him the bottle said they purchased it from ▮▮▮▮▮▮▮▮ which has locations in Columbia Mall and Kansas City. As far as the individual who called was concerned, the active ingredient**17b-hydroxy-2a, 17b-dimethyl-5a-androstan-3-one-azine** is a steroid/pro-hormone and has been banned.

I looked up that compound internally and there are several variations of it that are controlled substances. I just want to confirm if it's something we need to look into further.

Thank you in advance.

DI Ivan Jato

DEA/KCDO

913.951.4111 – Direct

913.229.2967 – Cell

913.951.3684 – Fax

-----Original Message-----
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Wednesday, October 19, 2016 2:57 PM
To: Jato, Ivan
Subject: Cn

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV-02039035

Case 9:19-cr-80030-WPD   Document 361-1   Entered on FLSD Docket 03/18/2020   Page 24 of
102
Case 9:19-cr-80030-WPD   Document 261-4   Entered on FLSD Docket 02/14/2020   Page 1 of 8

# EXHIBIT 4





**U.S. Department of Justice**

Consumer Protection Branch

---

| | | |
|---|---|---|
| **David A. Frank** | **Overnight Delivery Address:** | **Mailing Address:** |
| Phone:   (202) 307-0061 | 450 5th Street, NW, Room 6400-South | P.O. Box 386 |
| Fax:      (202) 514-8742 | Washington, DC 20001 | Washington, DC 20044-0386 |
| David.Frank@usdoj.gov | | |

January 15, 2020

<u>**Sent by FedEx**</u>

| | |
|---|---|
| Benedict P. Kuehne, Esq. | Richard Lubin Esq. |
| Michael T. Davis, Esq. | Amy Morse, Esq. |
| 100 SE 2nd Street, Suite 3550 | 707 North Flagler Drive |
| Miami, FL 33131 | West Palm Beach, FL 33401 |
| Ben.Kuehne@kuehnelaw.com | rich@lubinlaw.com, debi@lubinlaw.com |
| MDavis@kuehnelaw.com | amy@morselegal.com |
| | |
| Nancy Vorpe Quinlan, Esq. | J. Stephen Salter, Esq. |
| 515 North Flagler Drive, Suite 701 | 8975 Pompano Way |
| West Palm Beach, FL 33401 | Gulf Shores, AL 36542-8123 |
| nquinlan@palmbeachdefense.com | umstakwit@aol.com |
| | |
| Robert J. Buonauro, Esq. | Robert J. Shearin, Esq. |
| 722 Vassar Street | 1700 South Dixie Highway, Suite 501 |
| Orlando, FL 32804 | Boca Raton, FL 33432 |
| robert@buonauro.com | Rlshearin1@yahoo.com |
| lori@buonauro.com | |

**Re:**     Discovery, <u>U.S. v. Braun, et al.</u>, No. 19-80030-CR-WPD,
         <u>Potential Brady/Giglio and Early Jencks Act Disclosure</u>

Dear Counsel:

      Pursuant to Local Rule 88-10(c)-(d), <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), <u>Giglio v. United States</u>, 405 U.S. 150 (1972) and the Jencks Act, 18 U.S.C. § 3500, the Government hereby produces documents in the enclosed, encrypted disc. The documents identified in this letter are subject to the second revised protective order, Docket No. 155, entered on May 16, 2019. Please contact us at your earliest convenience if you have any questions about the information herein.

Letter to Counsel
January 15, 2020
Page 2

**Documents from the Drug Enforcement Agency (DEA)**

The following two documents concern the legal status of dimethazine as a controlled substance under the Controlled Substances Act:
DEA 000001-000003
DEA 000004-000008

Our office first received these documents on January 14, 2020.

**Memoranda of Interview (MOIs), Proffer Letters**

The following are new productions:

|  |  |
|--|--|
| | 01/09/2019, with attachments, proffer letter. |
| | 12/11/2017, with attachments |
| , MD | 09/25/2019 |
| | 04/30/2019 |
| | 01/16/2019, with attachments, proffer letter; |
| | 11/19/2019 |
| | 12/21/2018, with attachment |
| | 01/02/2018, with attachment; 02/01/2019 |
| | 12/28/2017; 02/01/2019 |
| | 12/29/2017 |
| | 02/16/2017 |
| , MD | 01/17/2019 |
| | 07/01/2016; 04/19/2017; 05/16/2017; 06/29/2017; 07/11/2017 (with attachments); 06/12/2018 |
| | 01/02/2018, 02/01/2019 |
| | 02/16/2017; 03/19/2018, with attachments |
| | 02/16/2017 |
| | 03/21/2018, with attachments |
| | 12/12/2017; 01/31/2019 |
| | 02/16/2017 |
| | 11/13/2018; 02/20/2019; and 12/12/2019, with attachments, including proffer letter |
| | 11/06/2017, with attachments |
| | 08/24/2018, with attachment |
| | 11/20/2018, with attachment |
| | 04/18/2019, with attachments, including proffer letter |
| | 02/16/2017 |
| | 02/16/2017 |
| | 9/10/2018 (with attachments); 10/16/2018 (with attachments) |
| | 12/28/2017; 02/01/2019 |

Letter to Counsel
January 15, 2020
Page 3

**Grand Jury Transcripts, Exhibits**

The following are new productions:



**Plea Agreement, Proffer Letter**

The following is a new production:

                            04/19/2017, with Information, Case No. 17cr134, U.S. District
                            Court, Northern District of Georgia; 07/11/2017 proffer letter

**Emails**

All of the documents listed below were previously produced:
GOV-00184411
GOV-00248170
GOV-00321167
GOV-00323434
GOV-00334063
GOV-00355102
GOV-00358260
GOV-00476073
GOV-00673053
GOV-00901543
GOV-00996079
GOV-01005344
GOV-01050237
GOV-01279806
GOV-01295202
GOV-01317382
GOV-01373389
GOV-01387498
GOV-01584340
GOV-01607820
GOV-01621046
GOV-01642854
GOV-01688462

Letter to Counsel
January 15, 2020
Page 4

GOV-01628889
GOV-01692824
GOV-01702142
GOV-01713901
GOV-01811678
GOV-01874213
GOV-01874315
GOV-01874425
GOV-02014335
GOV-02038224

### Excerpts From Texts/Chats (previously produced and enclosed)

| | |
|---|---|
| 2014_12_15 | from Anthony Ventrella's phone (5044951552) |
| 2015_11_06 | from Anthony Ventrella's phone (2252818838) |
| 2016_01_19 | from Anthony Ventrella's phone (2252818838) |
| 2016_01_21 | from Anthony Ventrella's phone (2252818838) |
| 2016_09_13 | from Anthony Ventrella's phone (2252818838) |

### Sound File

GOV-00673799
This includes a recorded conversation involving Aaron Singerman.

### ████████  Report to Local Authorities

This is newly produced information:

████████████ previously reported to local law enforcement authorities in Palm Beach County, Florida that he had been assaulted by defendant David Winsauer in or around January 18, 2017.  The information was reviewed by the State Attorney's Office in Palm Beach County. The State Attorney concluded that the case could not be proven beyond a reasonable doubt, and no formal charges were filed.

### Lawsuits Filed by Kevin Smith/Nutrition Distribution

Kevin Smith, through his company, Nutrition Distribution, LLC filed or proposed a number of civil lawsuits against entities and individuals in the dietary supplements industry, including lawsuits against defendant Blackstone Labs.  These lawsuits were filed in various federal and state courts.

Letter to Counsel
January 15, 2020
Page 5

Many of the lawsuits are identified below and were produced in Production No. 3:

- Nutrition Distribution v. Blackstone Labs (CDCA) – GOV-00575546
- Nutrition Distribution v. Blackstone Labs (Los Angeles County, CA) – GOV-00574891
- Nutrition Distribution v. Fight Pharm (Los Angeles County, CA – GOV-00602526
- Nutrition Distribution v. IronMag Labs (CDCA) – GOV-00575564
- Nutrition Distribution v. Legendary Supplements (D. AZ) – GOV-00575030
- Nutrition Distribution v. Legendary Supplements (SDCA) – GOV-00602661
- Nutrition Distribution v. King Peptides (D. AZ) – GOV-00575076
- Nutrition Distribution v. Duracap Labs, LLC (D. AZ) – GOV-00575087
- Nutrition Distribution v. Strong Supplements (D. NV) – GOV-00575499
- Nutrition Distribution v. Thanos Labs (Orange County, CA) – GOV-00574541
- Nutrition Distribution v. Icon Supplements (D. AZ) – GOV-00574559
- Nutrition Distribution v. Black Diamond Supplements, et al. (D. AZ) – GOV-00574568
- Nutrition Distribution v. Nexxt Level Nutrition (D. AZ) – GOV-00574579
- Nutrition Distribution v. BBE Supplements, et al. (SDCA) – GOV-00574590
- Nutrition Distribution v. Apogee Peptides (SDCA) – GOV-00574601
- Nutrition Distribution v. Musclegen Research (SDCA) – GOV-00574613
- Nutrition Distribution v. Fulfillment Pros (SDCA) – GOV-00574622
- Nutrition Distribution v. My Supplement Stores (SDCA) – GOV-00574632
- Nutrition Distribution v. Line One Nutrition (SDCA) – GOV-00574641
- Nutrition Distribution v. New Health Ventures (SDCA) – GOV-00574651
- Nutrition Distribution v. Applied Anabolic Science (SDCA) – GOV-00574662
- Nutrition Distribution v. Geo Peptides (D. AZ) – GOV-00574672
- Nutrition Distribution v. Peak Nutrition (SDCA) – GOV-00574685
- Nutrition Distribution v. Whatsupp (SDCA) – GOV-00574696
- Nutrition Distribution v. Suppz, Inc. (WDWI) – GOV-00574707
- Nutrition Distribution v. Muscle Sport International (Los Angeles County, CA) – GOV-00574719
- Nutrition Distribution v. Southern SARMs (Los Angeles County, CA – GOV-00574733
- Nutrition Distribution v. Total Trading LLC (Los Angeles County, CA) – GOV-00574746
- Nutrition Distribution v. Peptide Pros (Los Angeles County, CA) – GOV-00574766
- Nutrition Distribution v. Underground Peptides (Los Angeles County, CA) – GOV-00574778
- Nutrition Distribution v. Top Peptides (Los Angeles County, CA) – GOV-00574798
- Nutrition Distribution v. Glenn Nowland dba G-Force Nutrition (Los Angeles County, CA) – GOV-00574818
- Nutrition Distribution v. Genetic Edge Compounds (Los Angeles County, CA) – GOV-00574843
- Nutrition Distribution v. Genera Supplements (Los Angeles County, CA) – GOV-00574867
- Nutrition Distribution v. Custom Nutraceuticals (D. AZ) – GOV-00574915
- Nutrition Distribution v. Furious Nutrition (CDCA) – GOV-00574934
- Nutrition Distribution v. Tribravus Enterprises (SDCA) – GOV-00574981

Letter to Counsel
January 15, 2020
Page 6

- Nutrition Distribution v. Enhanced Athlete Inc. (EDCA) – GOV-00574990
- Nutrition Distribution v. Dynamic Technical Formulations (D. AZ) – GOV-00575011
- Nutrition Distribution v. The Muscle Store (SDCA) – GOV-00575020
- Nutrition Distribution v. Pureline Nutrition Austin (D. AZ) – GOV-00575041
- Nutrition Distribution v. Revolt Pharma (D. AZ) – GOV-00575051
- Nutrition Distribution v. Joel Kenna dba Focused Nutrition (D. AZ) – GOV-00575061
- Nutrition Distribution v. Fortress Supplements (D. AZ) – GOV-00575109
- Nutrition Distribution v. Nutraclipse (D. AZ) – GOV-00575119
- Nutrition Distribution v. Metabolic Edge Nutritional Supplements (D. AZ) – GOV-00575128
- Nutrition Distribution v. Innovative Line Nutrition (CDCA) – GOV-00575174
- Nutrition Distribution v. CEM Products (CDCA) – GOV-00575186
- Nutrition Distribution v. Robert DiMaggio, et al. (Los Angeles County, CA) – GOV-00575200
- Nutrition Distribution v. Boss Sports Nutrition (CDCA) – GOV-00575238
- Nutrition Distribution v. Enhanced Athlete (EDCA) – GOV-00575248
- Nutrition Distribution v. Chaos and Pain (SDCA) – GOV-00575259
- Nutrition Distribution v. Begley Research Group (SDCA) – GOV-00575270
- Nutrition Distribution v. Pep Research (SDCA) – GOV-00575283
- Nutrition Distribution v. Madison James Research (SDCA) – GOV-00575296
- Nutrition Distribution v. Lockout Supplements (SDCA) – GOV-00575307
- Nutrition Distribution v. Armed Sports (SDCA) – GOV-00575317
- Nutrition Distribution v. Befit Supplements (SDCA) – GOV-00575329
- Nutrition Distribution v. Optimum Peptides (SDCA) – GOV-00575339
- Nutrition Distribution v. Acolyte Sports Nutrition (SDCA) – GOV-00575351
- Nutrition Distribution v. Nathan DeGrave dba Powersupps (SDCA) – GOV-00575362
- Nutrition Distribution v. SK2 Nutrition Corp (SDCA) – GOV-00575374
- Nutrition Distribution v. ANM Performance (SDFL) – GOV-00575383
- Nutrition Distribution v. Dylan Culbertson dba SARMs x SARMs (D. NV) – GOV-00575399
- Nutrition Distribution v. Ironx LLC (SDCA) – GOV-00575414
- Nutrition Distribution v. BigDanFitness.com (SDCA) – GOV-00575423
- Nutrition Distribution v. Total Fitness Warehouse (SDCA) – GOV-00575440
- Nutrition Distribution v. Mark Cerqueira dba Genetech Pharma (SDCA) – GOV-00575449
- Nutrition Distribution v. Wicked Nutrition Labs (SDCA) – GOV-00575459
- Nutrition Distribution v. Purity Solutions (EDTX) – GOV-00575471
- Nutrition Distribution v. One Nation Nutrition St Peters (EDMO) – GOV-00575482
- Nutrition Distribution v. Gold Star Distribution (D. AZ) – GOV-00575516
- Nutrition Distribution v. PHW Supplements (D. AZ) – GOV-00575529
- Nutrition Distribution v. Lucas Thompson dba Extreme Performance Group (CDCA) – GOV-00575555
- Nutrition Distribution v. SARMs Pharm (D. AZ) – GOV-00575583
- Nutrition Distribution v. Juggernaut Nutrition (D. AZ) – GOV-00575596
- Nutrition Distribution v. IQ Formulations (D. AZ) – GOV-00575607

Letter to Counsel
January 15, 2020
Page 7

-     Nutrition Distribution v. Lecheek Nutrition (CDCA) – GOV-00575623
-     Nutrition Distribution v. Newtritional Health Care (CDCA) – GOV-00575632
-     Nutrition Distribution v. Size Up Supplements (D. NV) – GOV-00575647
-     Nutrition Distribution v. BTE Wholesalers (D. NH) – GOV-00575666
-     Nutrition Distribution v. House of Nutrition (SDNY) – GOV-00575680
-     Nutrition Distribution v. The Muscle Store (WDPA) – GOV-00575692
-     Nutrition Distribution v. Primeval Labs (CDCA) – GOV-00602855

## Previously Produced MOIs, Proffer Letters, and Grand Jury Transcripts

In Production No. 2, the Government previously produced numerous MOIs, proffer letters, and grand jury transcripts. These items should also be treated as produced pursuant to Brady, Giglio, and as early production under the Jencks Act.

Very truly yours,

/s/ David A. Frank

By:     David A. Frank, Senior Litigation Counsel
(202) 307-0061
David.Frank@usdoj.gov
Alistair F. Reader, Trial Attorney
(202) 353-9930,
Alistair.F.Reader@usdoj.gov

Enclosure

Case 9:19-cr-80030-WPD   Document 361-1   Entered on FLSD Docket 03/18/2020   Page 32 of
102
Case 9:19-cr-80030-WPD   Document 261-5   Entered on FLSD Docket 02/14/2020   Page 1 of 2

# EXHIBIT 5



| | |
|---|---|
| **From:** | Grafenstein, Gene G. |
| **To:** | McCoy, Kelly |
| **Subject:** | FW: Super DMZ |
| **Date:** | Friday, January 20, 2017 11:11:50 AM |

See the below two emails. Looks like non-controlled, but damn close!

---

**From:** Winokur, Agnes D.
**Sent:** Thursday, January 19, 2017 6:08 PM
**To:** Grafenstein, Gene G.
**Subject:** FW: Super DMZ

Hi Gene,
We looked to see if these compounds were controlled and we did not find anything scheduling them.  See email below.
Agnes

---

**From:** Gongora, Alexandra
**Sent:** Thursday, January 19, 2017 4:26 PM
**To:** Winokur, Agnes D.
**Subject:** RE: Super DMZ

Looks like neither one is controlled, but they are very close (off by a methyl group in one case) to controlled anabolics.  The first one on the label is methyl stenbolone and the second one is mebolazine or dymethazine.  I wondered if they could be considered analogues, so I checked.  ODE doesn't have anything on them.

---

**From:** Winokur, Agnes D.
**Sent:** Thursday, January 19, 2017 3:53 PM
**To:** Gongora, Alexandra
**Subject:** FW: Super DMZ

I couldn't find anything on this….can you check too?  Thanks Alex.

---

**From:** Grafenstein, Gene G.
**Sent:** Thursday, January 19, 2017 3:33 PM
**To:** Winokur, Agnes D.
**Subject:** FW: Super DMZ

Is anything in this controlled? Looks very close?

---

**From:** McCoy, Kelly [mailto:Kelly.McCoy@fda.hhs.gov]
**Sent:** Thursday, January 19, 2017 3:13 PM
**To:** Grafenstein, Gene G.
**Subject:** Super DMZ

This is a picture of the label on the product.
Thank you for your help!!
Kelly

Case 9:19-cr-80030-WPD   Document 361-1   Entered on FLSD Docket 03/18/2020   Page 34 of
102
Case 9:19-cr-80030-WPD   Document 261-6   Entered on FLSD Docket 02/14/2020   Page 1 of 4

# EXHIBIT 6



| | |
|---|---|
| **From:** | Boos, Terrence L. |
| **To:** | Reader, Alistair F. |
| **Cc:** | Frank, David; kelly.mccoy@fda.hhs.gov; Wong, Liqun L. (DEA); Willenbring, Daniel (DEA) |
| **Subject:** | FW: Opinion on unscheduled steroids |
| **Date:** | Thursday, February 09, 2017 8:32:10 AM |
| **Attachments:** | Feb 2015.pdf |
| | IMG_0037.jpg |

Alistair - No additional information is required.  The chemical names identified on the label, 2, 17a-dimethyl-17b-hydroxy-5a-androst-1-en-3-one and 17b-hydroxy 2a, 17b-demthyl 5a-androstan 3-one azine, correspond to two steroids commonly known as methylstenbolone and dymethazine, respectively.  Both steroids are known to be anabolic and have been found to be marketed for their anabolic effects.  Please find below, a response to each of the questions.

If we can be of further assistance, please do not hesitate to call or email.  Terry

Terrence L. Boos, Ph.D., Chief

Drug & Chemical Evaluation Section

Diversion Control Division

Drug Enforcement Administration

Main: (202) 307-7183

Desk: (202) 307-4594

---

**From:** Reader, Alistair F. (CIV)
**Sent:** Tuesday, February 07, 2017 3:56 PM
**To:** Boos, Terrence L.; Wong, Liqun L.
**Cc:** Frank, David (CIV); kelly.mccoy@fda.hhs.gov
**Subject:** Opinion on unscheduled steroids

Terry and Liqun,

Please find attached a web capture of the "dietary supplement" product Super DMZ Rx 2.0 as available in February 2015, with a picture of a label and associated marketing/promotion.  A photograph of a similar (unused) label collected in 2016 is attached.  FDA also purchased the Super DMZ Rx 2.0 product undercover in September 2016, and the product received (label not attached), listed the same two ingredients.  Please treat this information as confidential/LE sensitive intel.  I am Cc'ing FDA OCI Special Agent Kelly McCoy, who is the lead agent on this investigation, and would likely be the affiant in related warrants.

Each of the Super DMZ Rx 2.0 labels appears to list two ingredients:

1.  2, 17a-dimethyl-17b-hydroxy-5a-androst-1-en-3-one, also known as methylstenbolone;
2.  17b-hydroxy 2a, 17b-demthyl 5a-androstan 3-one azine, also known as dimethazine or dymethazine.

21 U.S.C. § 802(41)(C), which was enacted on December 18, 2014, provides that a drug or hormonal substance that is "derived from, or has a chemical structure substantially similar to, 1 or more anabolic steroids listed in [§ 802(41)(A)] shall be considered to be an anabolic steroid for purposes of

this chapter if" . . . "the drug or substance has been, or is intended to be, marketed or otherwise promoted in any manner suggesting that consuming it will promote muscle growth or any other pharmacological effect similar to that of testosterone."

Can you provide answers to the following questions?:

1.   Is methylstenbolone derived from, or does it have a chemical structure substantially similar to, 1 or more anabolic steroids in 21 U.S.C. § 802(41)(A)?
     a.   If so, which listed anabolic steroid(s)?

Methylstenbolone is substantially similar in chemical structure to the schedule III anabolic steroid stenbolone (17b-hydroxy-2-methyl-5a-androst-1-en-3-one) named under 21 U.S.C. § 802(41)(A).

2.   Is dimethazine derived from, or does it have a chemical structure substantially similar to, 1 or more anabolic steroids listed in 21 U.S.C. § 802(41)(A)?
     a.   If so, which listed anabolic steroid(s)?

Dymethazine (also known as, dimethazine) is substantially similar in chemical structure to the Schedule III anabolic steroid methasterone (2a,17a-dimethyl-17b-hydroxy-5a-androstan-3-one), named under 21 U.S.C. § 802(41)(A).  Additionally, dymethazine is derived from methasterone by a simple chemical reaction.

3.   Do you believe that either substance is excluded from being an anabolic steroid because it is <u>not</u> anabolic or androgenic, per 21 U.S.C. § 802(41)(C)(ii)(III)?

Both methylstenbolone and dymethazine would be anticipated to be anabolic and androgenic based upon their chemical structure and information in the scientific literature.

4.   Are either dimethazine or methylstenbolone a "salt, ester, or ether" of a substance listed in 21 U.S.C. § 802(41)(A)?

Neither methylstenbolone or dimethazine is a salt, ester, or ether of an anabolic steroid listed under 21 U.S.C § 802(41)(A).

Please let us know if you need any additional information or would like to discuss.

Thank you,
Alistair

Alistair Reader
Trial Attorney
Consumer Protection Branch
United States Department of Justice

450 Fifth Street, N.W.
Washington, D.C. 20530
202-353-9930
alistair.f.reader@usdoj.gov

# EXHIBIT 7



| | |
|---|---|
| **From:** | Boos, Terrence L. |
| **To:** | Reader, Alistair F. |
| **Cc:** | Frank, David; Willenbring, Daniel (DEA) |
| **Subject:** | RE: Opinion on unscheduled steroids |
| **Date:** | Tuesday, August 21, 2018 4:58:43 PM |
| **Attachments:** | image001.emz |
| | image002.png |
| | image003.emz |
| | image004.png |
| | oledata.mso |

---

Methyl-1-etiocholenolol is similar in structure to the schedule III anabolic steroid 1-androstendiol. Methyl-1-etiocholenolol incorporates a methyl group at the 17 position. This common structural modification enhances oral activity.

---

**From:** Reader, Alistair F. (CIV)
**Sent:** Tuesday, August 21, 2018 4:07 PM
**To:** Boos, Terrence L.
**Cc:** Frank, David (CIV); Willenbring, Daniel
**Subject:** RE: Opinion on unscheduled steroids

Terry,

Thanks very much for your response. Did you mean to specify in #1 which listed anabolic substance(s) are similar to?

Dave and I could visit your office on morning of Wed., Sept. 5th if you and Dan are available.

Thanks,
Alistair


Alistair Reader
Trial Attorney
Consumer Protection Branch
United States Department of Justice
450 Fifth Street, N.W.
Washington, D.C. 20530
202-353-9930
alistair.f.reader@usdoj.gov


---

**From:** Boos, Terrence L. [mailto:Terrence.L.Boos@usdoj.gov]
**Sent:** Tuesday, August 21, 2018 4:00 PM

**To:** Reader, Alistair F. <areader@CIV.USDOJ.GOV>
**Cc:** Frank, David <DFrank@civ.usdoj.gov>; Willenbring, Daniel (DEA) <Daniel.Willenbring@usdoj.gov>
**Subject:** RE: Opinion on unscheduled steroids

Alistair – the steroid below, methyl-1-etiocholenolol, also known as 17a-methyl-5a-androst-1-ene-3ß,17ß-diol, is familiar.

1. Methyl-etiocholenolol (17a-methyl-5a-androst-1-ene-3ß,17ß-diol) is substantially similar in chemical to other anabolic listed under Schedule III.
2. The substance is purported to be anabolic and marketed as such. We do not believe it is excluded from 21 U.S.C. § 802(41)(C)(ii)(III) for not being anabolic or androgenic.
3. Methyl-etiocholenolol (17a-methyl-5a-androst-1-ene-3ß,17ß-diol) is not a salt, ester, or ether of a substance listed in 21 U.S.C. § 802(41)(A)

Regarding coordinating a meeting, Dan is on travel the week August 27th and I am free the week of August 27th and September 3rd.

Terry

Terrence L. Boos, Ph.D., Chief
Drug & Chemical Evaluation Section
Diversion Control Division
Drug Enforcement Administration
Main: (202) 307-7183
Desk: (202) 307-4594

---

**From:** Reader, Alistair F. (CIV)
**Sent:** Tuesday, August 07, 2018 4:08 PM
**To:** Boos, Terrence L.
**Cc:** Frank, David (CIV); Willenbring, Daniel
**Subject:** RE: Opinion on unscheduled steroids

Terry,

Just checking in on this request. Could we schedule a meeting in the next few weeks?

Thanks,
Alistair


Alistair Reader
Trial Attorney
Consumer Protection Branch
202-353-9930

**From:** Reader, Alistair F.
**Sent:** Wednesday, July 25, 2018 9:50 AM
**To:** Terrence L. Boos (DEA) (Terrence.L.Boos@usdoj.gov) <Terrence.L.Boos@usdoj.gov>
**Cc:** Frank, David <DFrank@civ.usdoj.gov>; Willenbring, Daniel (DEA) <Daniel.Willenbring@usdoj.gov>
**Subject:** RE: Opinion on unscheduled steroids

Terry,

It took me a little while to sort this out, it appears the error was mine. FDA confirmed the presence of methyl-1-etiocholenolol, which they advise me is CAS number: 13974-35-1. I've rephrased the questions below:

1.     Is methyl-1-etiocholenolol (CAS # 13974-35-1) derived from, or does it have a chemical structure substantially similar to, 1 or more anabolic steroids in 21 U.S.C. § 802(41)(A)?
    a.     If so, which listed anabolic steroid(s)?

2.     Do you believe that this substance is excluded from being an anabolic steroid because it is not anabolic or androgenic, per 21 U.S.C. § 802(41)(C)(ii)(III)?

3.     Is methyl-1-etiocholenolol a "salt, ester, or ether" of a substance listed in 21 U.S.C. § 802(41)(A)?

We are getting closer to charges in this case, and my co-counsel Dave Frank (cc'ed) and I would like to have an in-depth conversation with you or the appropriate chemist prior to bringing charges. Could we schedule a meeting for the second half of August? We would be happy to visit your office.

Thank you again for your assistance.

Alistair

PS: I am going on leave tomorrow for a week but should have access to email.

Alistair Reader
Trial Attorney
Consumer Protection Branch
United States Department of Justice

450 Fifth Street, N.W.
Washington, D.C. 20530
202-353-9930
alistair.f.reader@usdoj.gov

---

**From:** Boos, Terrence L. [mailto:Terrence.L.Boos@usdoj.gov]
**Sent:** Tuesday, May 01, 2018 3:47 PM
**To:** Reader, Alistair F. <areader@CIV.USDOJ.GOV>
**Cc:** Frank, David <DFrank@civ.usdoj.gov>; Willenbring, Daniel (DEA) <Daniel.Willenbring@usdoj.gov>
**Subject:** RE: Opinion on unscheduled steroids

Alistair – apologize for the delayed response.  Want to bring to your attention the steroid name "methyl-1-etiocholenolol-epietiocholanollone",  the chemical name does not meet the IUPAC naming requirements under the Designer Anabolic Steroid Control Act of 2014.  The name does not make sense.

"Methyl-1-etiocholenolol-epietiocholanollone" has been associated with the product Alpha One which at one time was labeled with the prohormone 17a-methyl-5a-androst-1-ene-3ß,17ß-diol.

17a-Methyl-5a-androst-1-ene-3ß,17ß-diol is described as being anabolic and found to be marketed for it's anabolic effects.  Terry

Terrence L. Boos, Ph.D.
Section Chief
Drug & Chemical Evaluation Section
Diversion Control Division
Drug Enforcement Administration
Main: (202) 307-7183
Desk: (202) 307-4594

---

**From:** Reader, Alistair F. (CIV)
**Sent:** Tuesday, May 01, 2018 10:18 AM
**To:** Boos, Terrence L.
**Cc:** Frank, David (CIV)
**Subject:** RE: Opinion on unscheduled steroids

Hi Terry,

Just following up on the email below.  Could you team give an opinion on this?

Thank you,
Alistair


Alistair Reader
Trial Attorney
Consumer Protection Branch
United States Department of Justice
450 Fifth Street, N.W.
Washington, D.C. 20530
202-353-9930
alistair.f.reader@usdoj.gov

---

**From:** Reader, Alistair F.
**Sent:** Tuesday, April 17, 2018 3:45 PM
**To:** Terrence L. Boos (DEA) (Terrence.L.Boos@usdoj.gov) <Terrence.L.Boos@usdoj.gov>
**Cc:** David Frank (DFrank@civ.usdoj.gov) <DFrank@civ.usdoj.gov>; Wong, Liqun L. (DEA)
<Liqun.L.Wong@usdoj.gov>; Willenbring, Daniel (DEA) <Daniel.Willenbring@usdoj.gov>
**Subject:** FW: Opinion on unscheduled steroids

Terry,

Could you or your team provide another opinion about the substance: "methyl-1-etiocholenolol-
epietiocholanllone"?   The specific questions are below.  We would also be interested in getting
together to discuss our investigation involving designer steroids.

Thanks,
Alistair

1.    Is methyl-1-etiocholenolol-epietiocholanollone derived from, or does it have a
      chemical structure substantially similar to, 1 or more anabolic steroids in 21 U.S.C. §
      802(41)(A)?
      a.    If so, which listed anabolic steroid(s)?

2.    Do you believe that this substance is excluded from being an anabolic steroid
      because it is not anabolic or androgenic, per 21 U.S.C. § 802(41)(C)(ii)(III)?

3.    Is methyl-1-etiocholenolol-epietiocholanollone a "salt, ester, or ether" of a
      substance listed in 21 U.S.C. § 802(41)(A)?

Alistair Reader
Trial Attorney
Consumer Protection Branch
United States Department of Justice
450 Fifth Street, N.W.
Washington, D.C. 20530
202-353-9930
alistair.f.reader@usdoj.gov

---

**From:** Boos, Terrence L. [mailto:Terrence.L.Boos@usdoj.gov]
**Sent:** Thursday, February 09, 2017 8:32 AM
**To:** Reader, Alistair F. <areader@CIV.USDOJ.GOV>
**Cc:** Frank, David <DFrank@civ.usdoj.gov>; kelly.mccoy@fda.hhs.gov; Wong, Liqun L. (DEA) <Liqun.L.Wong@usdoj.gov>; Willenbring, Daniel (DEA) <Daniel.Willenbring@usdoj.gov>
**Subject:** FW: Opinion on unscheduled steroids

Alistair - No additional information is required.  The chemical names identified on the label, 2, 17a-dimethyl-17b-hydroxy-5a-androst-1-en-3-one and 17b-hydroxy 2a, 17b-demthyl 5a-androstan 3-one azine, correspond to two steroids commonly known as methylstenbolone and dymethazine, respectively.  Both steroids are known to be anabolic and have been found to be marketed for their anabolic effects.  Please find below, a response to each of the questions.

If we can be of further assistance, please do not hesitate to call or email.  Terry

Terrence L. Boos, Ph.D., Chief
Drug & Chemical Evaluation Section
Diversion Control Division
Drug Enforcement Administration
Main: (202) 307-7183
Desk: (202) 307-4594

---

**From:** Reader, Alistair F. (CIV)
**Sent:** Tuesday, February 07, 2017 3:56 PM
**To:** Boos, Terrence L.; Wong, Liqun L.
**Cc:** Frank, David (CIV); kelly.mccoy@fda.hhs.gov
**Subject:** Opinion on unscheduled steroids

Terry and Liqun,

Please find attached a web capture of the "dietary supplement" product Super DMZ Rx 2.0 as available in February 2015, with a picture of a label and associated marketing/promotion.  A photograph of a similar (unused) label collected in 2016 is attached.  FDA also purchased the Super DMZ Rx 2.0 product undercover in September 2016, and the product received (label not attached), listed the same two ingredients.  Please treat this information as confidential/LE sensitive intel.  I am

Cc'ing FDA OCI Special Agent Kelly McCoy, who is the lead agent on this investigation, and would likely be the affiant in related warrants.

Each of the Super DMZ Rx 2.0 labels appears to list two ingredients:

1.  2, 17a-dimethyl-17b-hydroxy-5a-androst-1-en-3-one, also known as methylstenbolone;
2.  17b-hydroxy 2a, 17b-demthyl 5a-androstan 3-one azine, also known as dimethazine or dymethazine.

21 U.S.C. § 802(41)(C), which was enacted on December 18, 2014, provides that a drug or hormonal substance that is "derived from, or has a chemical structure substantially similar to, 1 or more anabolic steroids listed in [§ 802(41)(A)] shall be considered to be an anabolic steroid for purposes of this chapter if" . . . "the drug or substance has been, or is intended to be, marketed or otherwise promoted in any manner suggesting that consuming it will promote muscle growth or any other pharmacological effect similar to that of testosterone."

Can you provide answers to the following questions?:

1.  Is methylstenbolone derived from, or does it have a chemical structure substantially similar to, 1 or more anabolic steroids in 21 U.S.C. § 802(41)(A)?
    a.  If so, which listed anabolic steroid(s)?

Methylstenbolone is substantially similar in chemical structure to the schedule III anabolic steroid stenbolone (17b-hydroxy-2-methyl-5a-androst-1-en-3-one) named under 21 U.S.C. § 802(41)(A).

2.  Is dimethazine derived from, or does it have a chemical structure substantially similar to, 1 or more anabolic steroids listed in 21 U.S.C. § 802(41)(A)?
    a.  If so, which listed anabolic steroid(s)?

Dymethazine (also known as, dimethazine) is substantially similar in chemical structure to the Schedule III anabolic steroid methasterone (2a,17a-dimethyl-17b-hydroxy-5a-androstan-3-one), named under 21 U.S.C. § 802(41)(A).  Additionally, dymethazine is derived from methasterone by a simple chemical reaction.

3.  Do you believe that either substance is excluded from being an anabolic steroid because it is <u>not</u> anabolic or androgenic, per 21 U.S.C. § 802(41)(C)(ii)(III)?

Both methylstenbolone and dymethazine would be anticipated to be anabolic and androgenic based upon their chemical structure and information in the scientific literature.

4.  Are either dimethazine or methylstenbolone a "salt, ester, or ether" of a substance listed in 21 U.S.C. § 802(41)(A)?

Neither methylstenbolone or dimethazine is a salt, ester, or ether of an anabolic steroid listed under 21 U.S.C § 802(41)(A).

Please let us know if you need any additional information or would like to discuss.

Thank you,
Alistair

Alistair Reader
Trial Attorney
Consumer Protection Branch
United States Department of Justice
450 Fifth Street, N.W.
Washington, D.C. 20530
202-353-9930
alistair.f.reader@usdoj.gov

# EXHIBIT 8



9:19-CR-80030
GOVERNMENT
EXHIBIT
008

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80030-CR-Dimitrouleas/Matthewman**

**UNITED STATES OF AMERICA**

**vs.**

**PHILLIP BRAUN,
AARON SINGERMAN,
ANTHONY VENTRELLA,
DAVID WINSAUER
JAMES BOCCUZZI,
BLACKSTONE LABS, LLC, and
VENTECH LABS, LLC,**

        **Defendants.**

_____/

**<u>AFFIDAVIT</u>**

    I, Terrence L. Boos, being first duly sworn, depose and state as follows:

    1.    I am employed with the Drug Enforcement Administration ("DEA") as the

Section Chief of the Drug and Chemical Evaluation Section ("DOE")[1], Diversion Control

Division, located in Arlington, Virginia. Broadly, DOE is responsible for evaluating

substances and chemicals to determine whether regulatory control provides appropriate

safeguards to protect the public from substances with abuse liability or those involved in

illicit manufacture. These technical and scientific evaluations are used by DEA as a basis

for developing appropriate drug control policies; determining the status of controlled,

_____
[1] "DOE" is an office code indicating the organizational structure under which the section falls. DOE has also been "DPE" and "ODE" in recent years.

excluded, or exempted drugs and drug products; and supporting U.S. initiatives in international forums. DOE is comprised of chemists and pharmacologists who are tasked with making the scientific evaluations and determinations required to fulfill the section's areas of responsibility. DOE is responsible for conducting studies and evaluations pertaining to all aspects of drug control and chemical regulation. The section initiates studies to increase and apply scientific knowledge concerning the scheduling and rescheduling of controlled substances and the regulation of chemicals and precursors. DOE analyzes and interprets information and data from various data sources and prepares reports of drug abuse and chemical diversion emergent and changing trends. More specifically, DOE is comprised of two units: the Drug and Chemical Control Unit ("DOEC") and the Data Collection and Analysis Unit ("DOED").

2.      DOEC is comprised primarily of pharmacologists and drug science specialists. The unit's responsibilities include the administrative process to schedule and reschedule substances being trafficked for their psychoactive effects, substances that enter the marketplace as a result of a New Drug Application approval, substances that are the subject of a petition, and substances that are scheduled under international treaties. DOEC monitors and documents abuse and law enforcement encounters with new drugs being trafficked. It collaborates with other agencies within the U.S. government (e.g. Food and Drug Administration and National Institute of Drug Abuse) and outside of the government (e.g. academic institutions) to collect necessary scientific information to evaluate substances for possible control under the Controlled Substances Act (CSA). DOEC conducts pharmacological reviews on drugs and other substances for scheduling, control

status determinations under the CSA, or for controlled substance analogue determinations. It serves as a point of contact for the DEA and outside organizations for technical and regulatory control information on drugs of abuse.

3.　　DOED is comprised primarily of chemists.　The unit applies scientific knowledge concerning the scheduling and rescheduling of controlled substances and the regulation of chemicals and precursors and reviews applications for exemptions under the CSA.　The unit analyzes and evaluates chemical structure and synthetic pathways of substances to determine control status under the CSA and provides regulatory guidance to pharmaceutical and chemical companies, researchers, and other registrants.　DOED responds to control status inquiries and may engage DOEC to finalize a review.　DOED manages information and data collection programs including the National Forensic Laboratory Information System (NFLIS).　DOED analyzes and interprets information and data from various data sources and prepares reports of drug abuse and chemical diversion emergent and changing trends.　DOED also provides basic scientific information to support international control of precursor and essential chemicals and abusive drugs under the treaty provisions of the United Nations; distributes information on drug control, essential chemicals, and precursors; and provides scientific guidance and assistance to law enforcement agencies, health research oriented groups, the scientific community, and state scheduling authorities.

**Control Status Inquiries**

4.　　DOE routinely receives inquiries regarding the control status of a given substance from registrants seeking to ensure they are properly compliant and registered per

CSA requirements for a substance or chemical (including properly registering to handle a substance, record keeping, and meeting reporting requirements). DOE responds to inquiries from the public, including registrants, in the form of an official control status letter. Very few of those inquiries relate to anabolic steroids, perhaps 20 per year. Control status letters are drafted by members of the DOED unit and signed by me. The section responds to approximately 20 control status letters every week, primarily to our registrant community. The section also receives control status inquiries from law enforcement or other government agencies seeking to determine the control status of certain substances as of particular dates. Responses to internal and governmental counterpart inquiries are often provided via email unless the requester asks for a formal control status letter.

5.      As noted above, DOE is comprised of scientists and responds to control status inquiries because it manages the movement of substances onto the schedules. The responses to control status inquiries are based on the inclusion of the substance in the CSA or accompanying Code of Federal Regulations to the CSA, whether it is specifically listed or meets a scientific definition set forth in the statute that by itself renders a substance controlled (e.g. an ester of an anabolic steroid is controlled and when responding to a control status letter, DOE would evaluate whether the substance met the scientific definition of an ester even if the substance was not specifically listed).

**Requests for Expert Support Regarding "Substantial Similarity"**

6.      DOE chemists and pharmacologists are experts in assessing the chemical structure and pharmacological effects of substances; this expertise is central to its role in determining whether certain substances should be controlled and placed in a schedule.

Because of this expertise, DOE is often asked to provide expert scientific support for prosecutions that must prove a substance is controlled because of its chemical and/or pharmacological relationship to an already controlled substance as an element of the offense.

7.      When DOE is asked whether a substance meets the scientific prongs of the definition for an anabolic steroid prosecution, I will generally assign staff members from DOED and DOEC to evaluate the substance, although I have at times participated in the chemical structure evaluation because that is also my area of expertise. Evaluation of a substance includes analysis of the chemical structure of the substance as well as a review of relevant literature to provide a fully informed opinion on whether the substance meets the necessary definitions.

8.      When DOE determines that it is able to support a prosecution and a prosecution is initiated, I forward the request to the DOED and DOEC unit chiefs for the assignment of experts, and the experts are identified to the requester for coordination of Rule 16 summaries and trial preparation.

**Inquiries Regarding Dymethazine and Methylstenbolone**

9.      DOE has received inquiries regarding dymethazine and methylstenbolone, sometimes from law enforcement, that it interpreted as control status inquiries. In response to those inquiries, DOE conducted a review under the definition of anabolic steroids in 21 U.S.C. § 802(41)(A) and responded that the substances were not listed/defined as controlled. Therefore, no regulatory requirements applied.  DOE's responses to control

status inquiries did not evaluate the substances according to the criteria in 21 U.S.C. §802(41)(C).

10. DOE has also received inquiries from law enforcement that it interpreted as asking if dymethazine and methylstenbolone meet the scientific definitions set forth in 21 U.S.C. § 802(41)(C), and in response to those inquiries, DOE has evaluated the substances and determined that they do.

11. I do not view these responses as being in conflict because these two substances are not controlled/regulated strictly on the basis of meeting certain scientific definitions or being listed on a schedule; rather they must also meet criteria concerning their intended use to qualify as controlled under 21 U.S.C. § 802(41)(C). Without having the intent set forth in § 802(41)(C), a registrant handling one of those substances need not treat it as a schedule III substance unless and until either substance is listed under the CSA.

**Inquiry from Prosecutors Alistair Reader and David Frank**

12. In 2017, DOE was approached by Mr. Alistair Reader and Mr. David Frank with a request to determine if dymethazine and methylstenbolone met the scientific definitions set forth in 21 U.S.C. §802(41)(C). In a separate communication, methyl-1-etiocholenolol was added to the inquiry. I provided responses to the prosecutors indicating these substances did meet the scientific criteria under 21 U.S.C. § 802(41)(C).

13. On February 9, 2017, I responded to the request via email. With respect to the treatment of methylstenbolone under 21 U.S.C. § 802(41)(C)(i), I explained:

> Methylstenbolone is substantially similar in chemical structure to the schedule III anabolic steroid stenbolone (17b-hydroxy-2-methyl-5a-androst-1-en-3-one) named under 21 U.S.C. § 802(41)(A).

14.     With respect to the treatment of dymethazine under 21 U.S.C. §802(41)(C)(i)

I explained:

> Dymethazine (also known as dimethazine) is substantially similar in chemical structure to the Schedule III anabolic steroid methasterone (2a,17a-dimethyl-17b-hydroxy-5a-androstan-3-one), named under 21 U.S.C. § 802(41)(A). Additionally, dymethazine is derived from methasterone by a simple chemical reaction.

15.     With respect to the treatment of methylstenbolone and dymethazine under 21

U.S.C. §802(41)(C)(ii)(III) I explained:

> Both methylstenbolone and dymethazine would be anticipated to be anabolic and androgenic based upon their chemical structure and information in the scientific literature.

16.     With respect to the treatment of dymethazine and methylstenbolone under

the definition in 21 U.S.C. § 802(41)(A)(lxxv) I explained:

> Neither methylstenbolone or dimethazine is a salt, ester, or ether of an anabolic steroid listed under 21 U.S.C § 802(41)(A).

17.     On August 21, 2018, I responded via email regarding the treatment of

methyl-eticholenolol under 21 U.S.C. §802(41)(C) as follows:

> 1. Methyl-eticholenolol (17α-methyl-5α-androst-1-ene-3β,17β-diol) is substantially similar in chemical to other anabolic listed under Schedule III.
> 2. The substance is purported to be anabolic and marketed as such. We do not believe it is excluded from 21 U.S.C. § 802(41)(C)(ii)(III) for not being anabolic or androgenic.
> 3. Methyl-eticholenolol (17α-methyl-5α-androst-1-ene-3β,17β-diol) is not a salt, ester, or ether of a substance listed in 21 U.S.C. § 802(41)(A).

18.    In late 2019, Mr. Reader and Mr. Frank indicated that they were interested
in speaking with Dr. Thomas DiBerardino, a chemist assigned to the DOED unit, because
of a control status email Dr. DiBerardino sent to a DEA diversion investigator indicating
that dymethazine is not controlled. DOE provided two immediately identifiable control
status letters to DEA's Office of Chief Counsel for release to Mr. Reader and Mr. Frank
(provided to prosecutors on or about January 14, 2020).  DOE employees then engaged in
a search of their emails and our shared drive to identify any control status statements
concerning dymethazine, methylstenbolone and methyl-1-etiocholenolol, which were
provided to DEA's Office of Chief Counsel for release to Mr. Reader and Mr. Frank
(provided to prosecutors on or about January 21, 2020).  On or about January 22, 2020,
DOE also made Dr. DiBerardino available to the prosecutors to discuss the email and I
made myself available to discuss these matters.

19.    On or about January 27, 2020, Mr. Reader sent a broader request for
potentially relevant documents related to this case via DEA's Office of Chief Counsel. I
immediately directed DOE unit supervisors to have employees search their and the
section's computer and email systems for responsive records.  DOE unit supervisors have
verified to me that all employees within DOE have searched their emails, individual drives
and shared drives for relevant documents and did not identify any additional responsive
materials.  DOE did not identify any correspondence, including any control status letters,
with the listed individuals or companies.

20.    The DEA email system has a three-year retention period for employee
emails, so only emails within three years are accessible to employees. It is my

understanding that DEA's Office of Chief Counsel has asked DEA's IT section to determine if any responsive documents exist in DEA's computer systems outside of the three-year retention timeframe dating back to January 1, 2014. Upon completion of the search and review, any additional responsive documents will be provided.

I hereby affirm under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Sworn and subscribed before me this 14 day of February, 2020.

By: _____
Terrence L. Boos

# EXHIBIT 9



9:19-CR-80030
GOVERNMENT
EXHIBIT
009

## 1. Preparation method of watermelon continuous cropping soil improver, which can promote the yield of watermelon

By Li, Youfa
From Faming Zhuanli Shenqing (2018), CN 108641728 A 20181012, Language: Chinese, Database: CAPLUS

The invention provides a prepn. method of watermelon continuous cropping soil improver, which comprises the steps of prepg. modified peat soil, prepg. modified bentonite, and mixing the two products with quicklime, potassium hydrogen phosphate, legume plant waste, soil disinfectant and org. fertilizer. The prepn. of the soil amendment is simple, which can avoid soil acidification, promote the growth of watermelon, and enhance the resistance for diseases and insect pests.

~0 Citings

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

## 2. Methods of predicting predisposition to or risk of kidney disease

By Genovese, Giulio; Friedman, David J.; Pollak, Martin R.
From U.S. Pat. Appl. Publ. (2013), US 20130079244 A1 20130328, Language: English, Database: CAPLUS

Methods are disclosed herein for detecting a genetic predisposition to focal segmental glomerulosclerosis (FSGS) or hypertensive end-stage kidney disease (ESKD) or both in a human subject, e.g., by detecting the presence of at least one single nucleotide polymorphism (SNP) in an APOL1 gene, such as the C-terminal exon of an APOL1 gene. In a further embodiment, methods are disclosed for detecting resistance of a subject to a disease assocd. with Trypanosoma infection, e.g., by detecting at least one single nucleotide polymorphism (SNP) in an APOL1 gene, such as the C-terminal exon of an APOL1 gene. Also disclosed are methods for treating a subject infected with T. brucei. The methods include administering a therapeutically effective amt. of an APOL1 protein including a S342G substitution, an I384M substitution, and/or a deletion of N388 and Y389 to the subject.

~0 Citings

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

## 3. In vitro and in vivo metabolism studies of dimethazine

By Geldof, Lore; Tudela, Eva; Lootens, Leen; van Lysebeth, Jasper; Meuleman, Phillip; Leroux-Roels, Geert; van Eenoo, Peter; Deventer, Koen
From Biomedical Chromatography (2016), 30(8), 1202-1209. Language: English, Database: CAPLUS, DOI:10.1002/bmc.3668

The use of anabolic steroids is prohibited in sports. Effective control is done by monitoring their metabolites in urine samples collected from athletes. Ethical objections however restrict the use of designer steroids in human administration studies. To overcome these problems alternative in vitro and in vivo models were developed to identify metabolites and to assure a fast response by anti-doping labs. to evolutions on the steroid market. In this study human liver microsomes and an uPA+/+-SCID chimeric mouse model were used to elucidate the metab. of a steroid product called 'Xtreme DMZ'. This product contains the designer steroid dimethazine (DMZ), which consists of two methasterone mols. linked by an azine group. In the performed stability study, degrdn. from dimethazine to methasterone was obsd. By a combination of LC-High Resoln. Mass Spectrometry (HRMS) and GC-MS(/MS) anal. methasterone and six other dimethazine metabolites (M1-M6), which are all methasterone metabolites, could be detected besides the parent compd. in both models. The phase II metab. of dimethazine was also investigated in the mouse urine samples. Only metabolites M1 and M2 were exclusively detected in the glucuro-conjugated fraction; all other compds. were also found in the free fraction. For effective control of DMZ misuse in doping control samples, screening for methasterone and methasterone metabolites should be sufficient. Copyright © 2016 John Wiley & Sons, Ltd.

~4 Citings

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

## 4. Methods for treating renal disease by inhibiting the expression of pathogenic apolipoproteins L-1 (APOL1) polypeptide

By Friedman, David J.; Pollak, Martin R.
From PCT Int. Appl. (2014), WO 2014085154 A1 20140605, Language: English, Database: CAPLUS

The invention features methods for treating or reducing the likelihood of developing a renal disease by administering to a subject in need thereof an agent that decreases expression of a pathogenic APOL1. The agents of the method target various signaling pathways and decrease the level of the pathogenic APOL1 polypeptide.

~1 Citing

SciFinder®                                              Page 2

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 5. Alleles of the APOL1 gene associated with a predisposition to kidney disease and their uses

By Genovese, Giulio; Friedman, David J.; Pollak, Martin R.
From PCT Int. Appl. (2011), WO 2011133474 A2 20111027, Language: English, Database: CAPLUS

Methods are disclosed herein for detecting a genetic predisposition to focal segmental glomerulosclerosis (FSGS) or hypertensive end-stage kidney disease (ESKD) or both in a human subject.  The methods include detecting the presence of at least one single nucleotide polymorphism (SNP) in an APOL1 gene, such as the C- terminal exon of an APOL1 gene.  In a further embodiment, methods are disclosed for detecting resistance of a subject to a disease assocd. with Trypanosoma infection.  The methods include detecting the presence of at least one single nucleotide polymorphism (SNP) in the APOL1 gene, such as in the C-terminal exon of the gene.  Also disclosed are methods for treating a subject infected with T. brucei (such as T. brucei brucei, T. b. rhodesiense, or T. b. gambiense).  The methods include administering a therapeutically effective amt. of an APOL1 protein including a S342G substitution, an I384M substitution, and/or a deletion of N388 and Y389 to the subject.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 6. Surface topographies for non-toxic bioadhesion control

By Brennan, Anthony B.; Long, Christopher James; Bagan, Joseph W.; Schumacher, James Frederick; Spiecker, Mark M.
From U.S. Pat. Appl. Publ. (2010), US 20100226943 A1 20100909, Language: English, Database: CAPLUS

The invention relates to articles and related devices and systems having surface topog. and/or surface elastic properties for providing nontoxic bioadhesion control.  An article includes a first plurality of spaced features arranged in a plurality of groupings including repeat units.  The spaced features within a grouping are spaced apart at an av. distance of about 1 nm to about 500 μm, each feature having a surface that is substantially parallel to a surface on a neighboring feature sepd. from its neighboring feature.  The groupings of features are arranged with respect to one another so as to define a tortuous pathway.  The plurality of spaced features provide the article with an engineered roughness index of about 5 to about 20.

**~8 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 7. Inositol compounds and other agents, methods, and treatments for abnormal signaling pathways for prenatal and postnatal development

By Jennings, Barbara Brooke
From U.S. Pat. Appl. Publ. (2009), US 20090214474 A1 20090827, Language: English, Database: CAPLUS

The invention relates to prevention of congenital deformations.  The invention further relates to cancer inhibition and prevention.  The invention discloses methods and compns. to modulate, antagonize, or agonize disparate signaling pathways that may converge to regulate patterning events and gene expression during prenatal development, postnatal development, and during development in the adult organism.  The invention makes use of inositol compds. and other agents.

**~3 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 8. Quiescent foamable compositions containing steroids

By Tamarkin, Dov; Eini, Meir; Friedman, Doron; Schuz, David; Berman, Tal
From U.S. Pat. Appl. Publ. (2008), US 20080206161 A1 20080828, Language: English, Database: CAPLUS

The present invention relates to an emulsion steroid compn. as a foamable vehicle in which the vehicle is stable or stabilized by the presence of at least one quiescence agent; therapeutical kit contg. such compn.; to methods of treatment using such compn.; to methods of enhancing the stability of such compn.  An oil-in-water steroid foamable emulsion contains testosterone propionate, propylene glycol, diethylene glycol monoethyl ether, and other excipients.

**~15 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

DEA-000010

**9. Methods, treatments, and compositions for modulating hedgehog pathways using inositols, folates, and other drugs to prevent congenital malformations and cancer**

By Jennings-Spring, Barbara L.
From U.S. Pat. Appl. Publ. (2008), US 20080138379 A1 20080612, Language: English, Database: CAPLUS

The present invention relates to prevention of congenital malformations and to cancer inhibition and prevention. The invention further relates to methods and compns. to modulate, antagonize, or agonize disparate signaling pathways that may converge to regulate patterning events gene expression during prenatal development, post-natal development and during development in the adult organism. More specifically, the methods of the present invention include the use of D-chiroinositol and/or derivs. thereof (optionally with folate sources) which agonize (mimic) the inhibition of certain receptor complexes of hedgehog signaling. In another aspect, the invention provides pharmaceutical prepns. comprising D-chiroinositol or a deriv. thereof with or without a folate source, in combination with receptor, protein, or kinase modulators. The subject treatments can be effective for both human and animal subjects.

**~2 Citings**

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

**10. Method of treatment and compositions of D-chiro-inositol and phosphates thereof in combination with folate for the redn. or prevention of fetal malformations and birth defects**

By Jennings-Spring, Barbara L.
From U.S. Pat. Appl. Publ. (2008), US 20080103116 A1 20080501, Language: English, Database: CAPLUS

The present invention relates to the use of D-chiro-inositol or a phosphate thereof in combination with folate for the redn. or prevention of congenital deformations such as anorectal malformations, neural tube defects, cleft-lip, cleft palate, and other birth defects. The invention further relates to the use of D-chiroinositol or a phosphate thereof in quieting or preventing the sensitivity of breast tissue to estrogenic, progestogenic, and or anti-androgenic insult, whether from environmental, dietary, or medicinal sources. Co-therapies as well as combination products of D-chiro-inositol (or a phosphate thereof) with at least one of (a) a folate source and (b) one or more of an estrogenic substance, a progestogenic substance, and/or an antiandrogenic substance are also claimed. Thus, females having been detd. to be at risk of fetal malformations and who are seeking a further pregnancy were split into no treatment, folate treatment, D-chiro-inositol treatment, and folate + D-chiro-inositol treatment arms; the resp. regimens were administered once daily from before conception through the end of the first trimester. Relative to the untreated controls, the frequency of fetal malformations was reduced in each of the non-control arms; however, the redn. in frequency of fetal malformations in the co-therapy of the present invention was significantly better than in either of the other treatment arms.

**~0 Citings**

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

**11. Effect of anabolic steroid, dimethazine, on the hepatic enzymes of regenerating liver in the partially hepatectomized rabbits**

By Shakoori, A. R.; Bibi, Sharifan; Ali, Syed Shahid; Lone, Khalid P.
From Proceedings of Pakistan Congress of Zoology (2004), 24, 1-18. Language: English, Database: CAPLUS

Effect of an anabolic steroid, dimethazine (DM), has been described on the various biochem. components of regenerating liver after partial hepatectomy (PH). The biochem. anal. of liver after PH showed 52, 50 and 70%, increase resp. in ICDH, LDH and aldolase activities, 24 h after PH. The hepatic ICDH and LDH activities were normalized, while the aldolase activity was drastically reduced (78%) during the next 24 h. The sol. protein content of control liver decreased 30%, 48 h after PH. The RNA content increased 62%, 24 h after PH but at the end of next 24 h it showed 38% redn. The DNA content did not exhibit any significant change after PH. After DM treatment the hepatic ICDH and LDH activities showed 99 and 24% increase, resp., whereas aldolase did not show any appreciable change. The hepatic RNA and DNA contents increased 74% and 27%, resp., 48 h after DM treatment. The ICDH activity of control liver is decreased 84% after ethanol treatment of PH rabbits. DM treatment did not help in the recovery of enzyme, instead it showed 81% decrease, 48 h after treatment. LDH activity decreased 30% and 50%, resp., by treatment of PH rabbit with ethanol and dimethazine. Both ethanol and DM caused 30% and 17% decrease in aldolase activity when administered to PH rabbits. RNA content decreased by 45% after ethanol treatment, while it reached normal level after the DM treatment of PH rabbit. The DNA content, on the other hand, is not affected by both treatments. The concn. of hepatic enzymes have also been followed in the nuclear as well as in the cytoplasmic fractions of PH rabbit with and without ethanol and or DM treatment. DM seems to accelerate the process of normalization in which biochem. adjustments are involved after PH.

**~0 Citings**

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

**12. Steroid kit and foamable composition**

By Friedman, Doron; Besonov, Alex; Tamarkin, Dov; Eini, Meir
From U.S. Pat. Appl. Publ. (2006), US 20060018937 A1 20060126, Language: English, Database: CAPLUS

A compn. and therapeutic kit includes an aerosol packaging assembly including a container accommodating a pressurized product and an outlet capable of releasing a foamable compn., including a steroid as a foam. The pressurized product includes a foamable compn. including: a container accommodating a pressurized product; and an outlet capable of releasing the pressurized product as a foam; wherein the pressurized product comprises a foamable compn. including: i. a steroid; ii. at least one org. carrier selected from the group consisting of a hydrophobic org. carrier, a polar solvent, an emollient and mixts. thereof, at a concn. of about 2% to about 50% by wt.; iii. a surface-active agent; iv. about 0.01% to about 5% by wt. of at least one polymeric additive selected from the group consisting of a bioadhesive agent, a gelling agent, a film forming agent and a phase change agent; v. water; and vi. liquefied or compressed gas propellant at a concn. of about 3% to about 25% by wt. of the total compn. The compn. further may include a therapeutically active foam adjuvant, selected from the group consisting of a fatty alc., a fatty acid, a hydroxyl fatty acid; and mixts. thereof. A compn. contained hydrocortisone propionate, mineral oil, iso-Pr myristate, glyceryl monostearate, stearyl alc. Xanthan gum, Methocel K100M, Polysorbate 80, PEG-40 stearate, di-Na EDTA, preservative, propellant, and water.

**~13 Citings**

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

**13. Effect of single dose of dimethazine on regeneration of partially hepatectomized rabbit liver**

By Shakoori, A. R.; Kausar, Naheed; Lone, Khalid P.
From Proceedings of Pakistan Congress of Zoology (2003), 23, 243-270. Language: English, Database: CAPLUS

Effect of a single dose of dimethazine, an anabolic steroid, has been studied on the various biochem. components and histol. structure of regenerating rabbit liver after partial hepatectomy (PH). Twenty adult, male rabbits were partially hepatectomized in which about 30-35% of the liver was removed. Their livers were taken out 12, 18, 60, 72 and 144 h after PH. Another group of six rabbits was partially hepatectomized as above and dimethazine was administered i.p. as a single dose of 5 mg/kg body wt. immediately after PH. After PH the body growth rate was considerably hampered. The hepatic glutamate oxaloacetate transaminase (GOT) activity decreased significantly 60 and 72 h after PH by 37.8 and 44.8%, but after 144 h, it was normalized. LDH activity after initial decrease during first 60 h after PH was normalized after 144 h. The DNA and RNA content remained unaltered till 72 h but increased 11% and 66%, resp., 144 h after PH. The sol. protein content decreased continuously till 144 h after PH, but total protein content remained unaltered during post hepatectomy period. The glucose content decreased drastically after PH and remained significantly decreased till 144 h after PH. The urea content decreased by 46%, 18 h after PH, but then increased gradually non-significantly till 144 h. The cholesterol content decreased by 43%, 12 h after PH but increased significantly 144 h after PH. During initial periods of PH, the size of cell, their nuclei and nucleoli decreased, but then increased gradually during later periods. The no. of nuclei/cell remained unaffected, while the no. of nucleoli/nucleus decreased till 72 h after PH, but then increased significantly 144 h after PH. In the presence of single dose of dimethazine, the body wt./liver wt. ratio, and GOT (55%) and GPT (51%) activities and glucose contents were significantly decreased after 18 h of administration, whereas other enzymes (AP, LDH), nucleic acids, total proteins, urea and cholesterol contents remained unaltered. The hepatic cells and the nuclei hypertrophied after dimethazine treatment, while the no. of nuclei/nucleus decreased. Dimethazine, in general, seems to hasten the recovery process.

**~1 Citing**

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

**14. The effect of age and feeding an anabolic-androgenic steroid (dimethazine) on the body and organ weights of female chicks**

By Lone, Khalid P.; Hussain, Sadiq; Nasreen, Shugufta; Khan, Ruth; Saeed, Anwar
From Punjab University Journal of Zoology (1995), 10, 89-102. Language: English, Database: CAPLUS

A study was undertaken to obtain ref. values under local conditions on the effect of age on the organ wts. of various internal organs during early ontogenetic development of female chicks (pullets). In addn., the effect of feeding, an anabolic-androgenic steroid, dimethazine, on the growth of chicks was also studied. During the 1st 100 days of life, the growth of liver, kidney, heart, adrenal, thyroid, ovary, and muscles pectoralis, gastrocnemius, and peroneus longus was different qual. and quant. Feeding of anabolic-androgenic steroid increased the appetite of the birds but did not induce any changes in the FCE. The steroid-fed groups were heavier than the control groups. Some of the organs studied had heavier wts. in the steroid-fed groups when compared to the control groups. The study confirms some earlier reports that androgens can induce pos. growth response in birds as they do in mammalian species.

**~1 Citing**

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

**15. Effect of refeeding of anabolic steroids after withdrawal on the plasma proteins, glucose and free amino acids of plasma and muscle of carp, Cyprinus carpio**

By Lone, Khalid P.

From Biologia (Lahore) (1986), 32(Spec. Suppl.), 37-44. Language: English, Database: CAPLUS

Groups of carp, which were previously fed for 60 days on dimethazine, oxandrolone, and ethylestrenol, were fed again for 30 days with the optimum dose for growth of these steroids after a withdrawal period of 30 days.  The effect of this refeeding was obsd. on the plasma proteins, glucose, and free amino acids.  Skeletal muscle free amino acids were also detd.  Refeeding for 30 days did not change the wt. gain of fish.  No change in plasma proteins was obsd.  Marked hypoglycemia was obsd. in groups receiving dimethazine (2.5 ppm) and ethylestrenol (2.5 ppm).  No change in glycemia was obsd. in oxandrolone (10 ppm) treated groups.  A significant decrease in the total plasma free amino acids was obsd. in all the treated groups, but no change could be detected in the muscle free amino acids.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**16. Oral administration of an anabolic-androgenic steroid dimethazine increases the growth and food conversion efficiency and brings changes in molecular growth responses of carp (Cyprinus carpio) tissues**

By Lone, Khalid P.; Matty, Allen J.

From Nutrition Reports International (1984), 29(3), 621-38. Language: English, Database: CAPLUS

Dimethazine  [ 3625-07-8 ] feeding (1-10 mg/kg feed) to carp for 60 days increased the specific growth rate (SGR) both for wt. and length when compared with controls.  Feed conversion efficiency (FCE) also increased in groups fed dimethazine.  A linear relation is discernible between SGR and FCE.  At the end of the steroid feeding phase (60 days), analyses of liver, kidney, brain, and muscle for total proteins and nucleic acids revealed that the somatic growth brought different changes in these body organs.  Total proteins in liver, kidney, and muscle generally increased but decreased in brain.  RNA/DNA and protein/DNA increased in all the tissues studied.  After removal of the steroid from the diet for 30 days, the 0-90-day SGR, although decreased from the steroid feeding phase values, was still higher than the control values.  FCE was severely depressed during this time.  Further, the biochem. changes obsd. in phase I were generally reversed.  Changes in muscle proximate compn. were of minor nature.  Roles of these changes in piscian growth processes are discussed.

**~1 Citing**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**17. The effect of some steroid hormones on the growth and protein metabolism of rainbow trout**

By Matty, A. J.; Cheema, I. R.

From Aquaculture (1978), 14(2), 163-78. Language: English, Database: CAPLUS, DOI:10.1016/0044-8486(78)90027-3

The 2 synthetic androgens dimethazine (I)  [ 3625-07-8 ] (2.5 mg/kg food) and norethandrolone (II)  [52-78-8] (5.0 mg/kg food) fed to juvenile rainbow trout for 60 days increased wt. gain due to the increased rate of protein synthesis and improved food conversion efficiency.  High concns. of I (10 and 20 mg/kg food) initially increased wt. gain, but it was not different from that of untreated fish after 48 h.  No changes in hepatosomatic indexes of fish treated with either androgen were obsd.  However, renosomatic indexes of trout fed I were greater than those of controls.  Diethylstilbestrol (III)  [56-53-1] (1.2 mg/kg food) adversely affected growth.

~12 Citings

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

## 18. Effect of the anabolic steroids norethandrolone and dimethazine on muscle protein synthesis and growth of rainbow trout

By Cheema, I. R.; Matty, A. J.
From Journal of Endocrinology (1977), 73(1), 11P-12P. Language: English, Database: CAPLUS

Net wt. gain in S. gairdneri was increased 26 and 33% by norethandrolone (5 and 2.5 ppm resp., orally for 40 days) and 26 and 25% by dimethazine [ 3625-07-8 ] (5 and 2.5 ppm resp., orally) for 40 days without tissue pathol. Mean uptake levels of leucine-14C into muscle protein of the fish were 77 and 73% after norethandrolone and dimethazine treatments resp. (5 ppm for 20 days), compared with 56% in controls. Thus oral administration of synthetic androgens can induce pronounced proteoanabolic activity in certain teleosts.
~0 Citings

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

## 19. Toxicity of formulated pesticides to some fresh water organisms. XXVIII

By Nishiuchi, Yasuhiro
From Suisan Zoshoku (1975), 23(1), 36-8. Language: Japanese, Database: CAPLUS

The TLm (LC50) values of 33 pesticides for Cyprinus carpio, Oryzias latipes, Misgurnus anguillicaudatus, Daphnia pulex, D. carinata, Moina macrocopa, Indoplanorbis exustus and Cipangopaludina malleata are given.
~0 Citings

Copyright © 2019 American Chemical Society (ACS). All Rights Reserved.

## 20. Experimental and clinical results of the simultaneous administration of an anabolic steroid and vitamin B12 coenzyme to children

By Olivi, O.; Mugnaini, P.; Di Battista, C.
From Minerva Pediatrica (1971), 23(37), 1526-7. Language: Italian, Database: CAPLUS

Thirty-day treatment of 3-12-year-old children with an oral combination of dimethazine (I) [ 3625-07-8 ] (50 or 100 µg/kg/day) and cobamide [14709-02-5] (100 µg/kg/day) had a higher anabolic effect (detd. by body wt. gain and blood protein levels) than similar treatment with I alone.  This opens the possibility of giving I at lower doses or for longer times, maintaining its anabolic action while minimizing its androgenic side effects.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 21. Enhancement of steroid anabolism by the association of cobamamide

By Olivi, O.; Mugnaini, P.; Di Battista, C.
From Minerva Pediatrica (1971), 23(20), 914-21. Language: Italian, Database: CAPLUS

Dimethazine (I) and (or) cobamamide (II) were given orally for 4 weeks to groups of 1-3-year-old and 3-12-year-old children free from disease, in a dose of 100 µg/kg/day of I or I + II (100 µg each) or at the same dose for II with a half dose of I.  Another group received a multivitamin combination (placebo).  The I + II combination showed a synergistic anabolic action, which was relatively higher and less androgenic (3% of subjects) with the half-dose combination.  Total serum protein was highly increased in all children given I alone or in combination, while β- and γ-glycoproteins were significantly increased and decreased, resp.; serum albumin increased in children given I or the full-dose I + II combination.  The hypothesis advanced by Tata, J. R. (1968) of the hormonal mode of action in protein synthesis is indirectly confirmed.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 22. Interference by some hormones with the growth of Ehrlich ascites carcinoma and the antitumor activity of 5-fluorouracil

By Melan, F.; Napoli, P. A.; Testorelli, C.
From Archivio Italiano di Patologia e Clinica dei Tumori (1968), 11(3-4), 271-83. Language: Italian, Database: CAPLUS

A series of hormonal treatments with substances with different biol. properties, but with common structural features (estrone, progesterone, testosterone, dimethazine, and hydrocortisone), administered in a single very large dose 23 hrs. after the transplantation of an Ehrlich ascites tumor, influenced favorably the growth of the tumor.  Combined treatment with these hormones and 5-fluorouracil decreased the effectiveness of the chemotherapeutic agent.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 23. Modifications in bromsulphalein clearance during cholestasis and insubjects treated with anabolic steroids

By Merlitti, Antonio; Picchio, Enio; Orlandi, Francesco
From Fegato (1965), 11(2), 210-18. Language: Italian, Database: CAPLUS

Alterations of Bromsulphalein (I) clearance were studied in 16 cholestatic subjects and in 35 subjects treated with anabolic steroids at high doses.  Cholestatic patients displayed marked redn. in hepatic conjugation of I.  Anabolic steroids caused I metabolism alterations that resembled those of cholestasis.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 24. Effect of an anabolic agent (dimetazina) on the immune response of mice against Ehrlich ascites tumor

By Bonmassar, E.; Melan, F.; Montagnani-Marelli, A.
From Archivio Italiano di Patologia e Clinica dei Tumori (1967), 10(1-2), 37-40. Language: Italian, Database: CAPLUS

Swiss strain, 18-20 g. female mice were injected i.p. for 8 consecutive days with dimetazina ($2\alpha,17\alpha$-dimethyl-5α-androstan-17β-ol 3,3'-azine) at 40 mg./kg.  Treated mice had a more marked immunological response in vaccination with frozen and thawed inactivated cells of Ehrlich ascites tumor injected on second day of dimetazina administration.  Furthermore, nonimmunized dimetazina-treated mice developed a resistance to Ehrlich ascites cells inoculated i.p. 22 days after beginning treatment.  Both survival and death time of mice were used for evaluation of the compd.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 25. The action of some anabolic steroids on the structure and the function of the human liver cell

By Orlandi, Francesco; Jezequel, A.; Merlitti, Antonio
From Adv. Hepatol., Trans. Int. Symp. Int. Assoc. Study Liver (1965), 109-13. Language: Italian, Database: CAPLUS

Groups of patients without liver disease were treated with anabolic steroids, all C17-alkylated, except for primobolan, androlone, Durabolin, and norybol-19.  All of the C17-alkylated steroids, in high doses, induced rapidly and consistently an abnormal retention of Bromsulphalein.  The primary reaction of the liver cell to steroid administration is a multiorganelle change.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 26. 2-Hydroxymethylene and 2-methyl steroid derivatives

No Inventor data available
From No Corporate Source data available (1965), GB 1005896 19650929, Language: Unavailable, Database: CAPLUS

NaOMe (I) 18.36 was added under N to 17α-methyl-5α-androstan-17βol-3-one 51.68 in anhyd. MeCONMe$_2$ 455 parts.  After 10 min., 28.4 parts HCO$_2$Et was added and the mixt. left 10 min. to give 55 parts 2-hydroxymethylene-17α-methyl-5α-androstan-17β-ol-3-one (II), m. 176-9°, [α]$_D$ 34° (CHCl$_3$).  Addn. of 20.5 parts I to a suspension of 55 parts 5α-androstan-17β-ol-3-one in 170 parts Me$_2$SO under N followed by addn. of 30.2 parts HCO$_2$Et in 20 parts Me$_2$SO over 20 min., diln. with 1800 parts H$_2$O after 1 hr., and acidification gave 57.3 parts 2-hydroxymethylene-5α-androstan-17β-ol-3-one (III), m. 140-4°, [α]$_D$ 61° (CHCl$_3$).  Similarly prepd. were 2-hydroxymethylene-5α-estran-17β-ol-3-one (IV), m. 189-91° [α]$_D$ 131° (CHCl$_3$), and 2-hydroxymethyl-17α-methyl-5α-estran-17β-ol-3-one (V), m. 204-6°, [α]$_D$ 95° (CHCl$_3$).  Hydrogenation of a 1.25N soln. of II in abs. EtOH over 5% Pd-C with 2 equivs. H gave 2α,17α-dimethyl-5α-androstan-17β-ol-3-one (VI), m. 148-51°, [α]$_D$ 8° (EtOH).  Similarly, III gave 2α-methyl-5α-androstan-17β-ol-3-one (VII), m. 150-2°, [α]$_D$ 32° (EtOH), IV gave 2α-methyl-5α-estran-17β-ol-3-one (VIII), m. 135-7°, [α] 70° (CHCl$_3$), and V gave 2α,17α-dimethyl-5α-estran-17β-ol-8-one (IX), m. 144-6°, [α]$_D$ 43° (CHCl$_3$).  Treatment of VI 5.2 in dioxane 20 with concd. HCl 0.03 and 98% N$_2$H$_4$·H$_2$O 0.41 parts for 12 hrs. at 20 gave 4.62 parts 2α,-17α-dimethyl-5α-androstan-17β-ol-3-one azine (X), m. 258-60°, [α]$_D$ 112° (CHCl$_3$).  Similar treatment of the 17-caproate of VII gave 2α-methyl-5α-androstan-17β-ol-3-one azine (XI) azine caproate, m. 208-12°, 240-242° (MeOH), [α]$_D$ 114° (CHCl$_3$).  Successive addn. of I 1.83 and HCO$_2$Et 2.84 to 17α-methyl-5α-androstan-17β-ol-3-one 5.17 in dioxane 57 parts under N at 20-3° was followed by stirring for 5 hrs.  Addn. of 12.2 parts 4N gaseous HCl soln. in dioxane, hydrogenation over 5.2 parts 5% Pd-C, neutralization with NaOEt, concn., addn. of 0.03 part concd. HCl and 0.41 part 98% N$_2$H$_4$·H$_2$O, and standing at 18° overnight gave the azine of VI, m. 258-60°, [α]$_D$ 112° (CHCl$_3$).  Similarly prepd. were the azines of VII, m. 238-9°, [α]$_D$ 129° (CHCl$_3$), and of VIII, m. 234-6°, [α]$_D$ 112° (CHCl$_3$); 17,17'-dipropionate m. 241-3°, [α]$_D$ 100° (CHCl$_3$); 17,17'-dienanthate m. 247-50°, [α]$_D$ 102° (CHCl$_3$).  5α-Androstan-17β-ol-3-one in anhyd. tetrahydrofuran (THF) was treated with NaOMe and HCO$_2$Et under N at 15° for 30 min.  Addn. of a soln. of HCl in THF, hydrogenation, acylation with caproic anhydride in pyridine for 14 hrs. at room temp., and treatment with 98% N$_2$H$_4$·H$_2$O and concd. HCl gave the azine of XI, m. 208-12°, [α]$_D$ 114° (CHCl$_3$).  Similarly prepd. were 2α-methyl-5α-androstan-17β-ol-3-one azine 17,17'-diacetate, m. 267-9°, [α]$_D$ 95° (CHCl$_3$); the dienanthate m. 206-8°, [α]$_D$ 112° (CHCl$_3$); the 17,17'-didecanoate m. 194-6°, [α] 104° (CHCl$_3$).  The compds. have high anabolic activity.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 27. Protracted action of protein anabolism in gynecological oncology and its effect on hepatic function

By Dambrosio, F.; Donatelli, G. Fontana
From Cancro, Il (1963), 16(5), 553-604. Language: Unavailable, Database: CAPLUS

Twenty mg. of dimetazine, an anabolizing steroid, was administered daily for 45-95 days to 11 gynecological patients.  More than 50% of the cases showed no change in the bilirubinemia, the others showed modest to moderate increases.  The glutamic-oxalacetic and the glutamic-pyruvic transaminases of the serum increased greatly in 3 patients.  The albumins concn. usually decreased in the course of the treatment, while the globulins concn. did not change.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

DEA-000016

**28. Methoxyflurane, a clinical study of fifty selected cases**

By Roberts, R. Bryan; Cam, John F.
From British Journal of Anaesthesia (1964), 36(8), 494-500. Language: English, Database: CAPLUS,
DOI:10.1093/bja/36.8.494

Blood sugar levels were higher during anesthesia and in the immediate postoperative period.  Serum transaminase levels before and after anesthesia indicated that methoxyflurane did not cause liver damage.  The requirement of postoperative analgesics was considerably reduced.

**~1 Citing**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**29. Investigation of sodium, potassium, calcium, and phosphorus content in saliva of subjects treated with a new anabolizing steroid**

By Pignacelli, M.
From Atti della Accademia Medica Lombarda (1963), 18(3), 428-33. Language: Unavailable, Database: CAPLUS

Na, K (by flame spectrophotometry), Ca (titrimetrically with EDTA), P (colorimetrically according to the Fiske-Subbarow method as modified by Shannon, et al. (J. Dent. Res. 41, 1373-7(1962)), were detd. in saliva of 15 patients of both sexes, variously aged, with caries of different extent, before and after giving dimethazine ($2\alpha$, $17\alpha$, $5\alpha$-androstan-17$\beta$-ol 3,3'-azine) (I) at 10-20 mg./day (divided in 2 doses) for 10 days.  Na, K, and Ca did not show any noticeable change after I, whereas P level showed a tendency to rise and to maintain a high level even a week after suspending I, most evidently in the subjects more deeply affected with caries.  A short discussion is presented.  25 references.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**30. Some hormonal effects of dimethazine, a new anabolic steroid**

By Vazquez, Efrain; Hinojosa, Carlos; Guevara, Guillermo; Guerrero, Antonio; Bruciaga, Victoria; Llaca, Victoriano; Velasco, Salvador; Vazquez, Paulina; Ortega, Leonardo
From Ginecologia y Obstetricia de Mexico (1963), 18(107), 549-67. Language: Unavailable, Database: CAPLUS

Dimethazine (I) was 3 times as effective as testosterone propionate (II) in the Eisenberg-Gordan test for myotrophic activity (CA 44, 7955f).  In a four-point assay with castrated rats, the wt. gain of the levator ani divided by the sum of the wt. gains of prostate and seminal vesicles was taken as a therapeutic index.  The values for I and II (250 $\gamma$/day, gavage) were 0.81 and 0.27, resp.  In other tests, I displayed antigonadotropic but no estrogenic action.  Moderate hepatic lesions were thought to be the result of manipulative interference with the feeding, not toxic effects of I.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**31. A new steroid with protein anabolic activity: dimethazine**

By De Ruggieri, P.; Matscher, R.; Gandolfi, C.; Chiaramonti, D.; Lupo, C.; Pietra, E.; Cavalli, R.
From Archivio di Scienze Biologiche (Bologna) (1963), 47(1), 1-19. Language: Unavailable, Database: CAPLUS

Dimethazine (I) was evaluated for the following biol. activities: androgenic, N retaining, P retaining, and Ca retaining.  The increase in uptake of $\alpha$-aminoisobutyric acid-1-$^{14}$C and the increase in body wt. were also investigated.  Data obtained, tabulated, and compared to those obtained with methyltestosterone established that I is a protein anabolic steroid with weak androgenic activity.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**32. Biologic study of a triene analog of methyltestosterone**

By Feyel-Cabanes, T.
From Comptes Rendus des Seances de la Societe de Biologie et de Ses Filiales (1963), 157, 1428-9. Language: Unavailable, Database: CAPLUS

9(10),-11(12)-Dehydro-17$\alpha$-methyl-19-nortestosterone (bisdeltamethyl-nortestosterone) (Velluz, et al., CA 59, 12859d) given orally to castrated immature male rats was ~60 times as androgenic as methyltestosterone.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 33. Research on the metabolic activity of dimethazine in patients with pulmonary tuberculosis

By Masserini, C.; Berloco, N.
From Minerva Medica (1963), 54(45), 1685-91. Language: Unavailable, Database: CAPLUS

Patients given dimethazine (Roxilon, $2\alpha,17\alpha$-dimethyl-5$\alpha$-androstan-17$\beta$-ol 3,3'-azine),10-20 mg./day, showed a decrease in urinary Ca, K, and N, with an increase in retained N, without affecting diuresis.  A gradual increase in urinary creatine was found, but creatinine remained const.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 34. 2$\alpha$-Methylandrostane derivatives

No Inventor data available
From No Corporate Source data available (1963), BE 625170 19630314, Language: Unavailable, Database: CAPLUS

17,17-Ethylenedioxy-5$\alpha$-androstan-3$\beta$-ol 7 in HCONMe$_2$ 200 treated at 0° with a soln. 15 of CrO$_3$ 66.75 and concd. H$_2$SO$_4$ 57.5 in H$_2$O 50 dild. with H$_2$O to 250, and after 10 min. with C$_5$H$_5$N 10, dild. with H$_2$O, and filtered yielded 17,17-ethylenedioxy-5$\alpha$-androstan-3-one (I) 6.5 parts, m. 182-5°, $[\alpha]_D$ 5.5° (CHCl$_3$).  I 7 in dry C$_6$H$_6$ 140 treated with HCO$_2$Et 28 and NaOMe 7 under N, kept 5 hrs., dild. with Et$_2$O, and extd. with H$_2$O, the aq. ext. treated with NaH$_2$PO$_4$ 35 and re-extd. with CHCl$_3$ 200, and the CHCl$_3$ ext. evapd. yielded 2-CHO deriv. (II) of I 5.6 parts, m. 180-2°, $[\alpha]_D$ 16° (CHCl$_3$).  II 1 in 90% AcOH 10 heated 20 min. on a water bath gave 2-formyl-5$\alpha$-androstane-3,17-dione (III) 0.78 part, m. 194-5° (Me$_2$CO), $[\alpha]_D$ 120° (CHCl$_3$).  II 5 in EtOH 180 and 4N HCl hydrogenated 2 hrs. at 28°/752 mm. over 10% Pd-C 2.5 yielded 2$\alpha$-Me deriv. (IV) of III 3.2 parts, m. 152-4°, $[\alpha]_D$ 104° (CHCl$_3$).  IV 3.5, C$_6$H$_6$ 50, pyrrolidine 3.5, and p-MeC$_6$H$_4$SO$_3$H 0.1 part refluxed 24 hrs. with the azeotropic removal of H$_2$O gave 2$\alpha$-methyl-3-pyrrolidino-5$\alpha$-androst-3-en-17-one (V), m. 132-9°.  V 1 in dry C$_6$H$_6$ 16 refluxed 4 hrs. with 32.8% MeMgBr-Et$_2$O 23 and worked up, and the product treated at reflux with EtOH 20, aminoguanidine carbonate (VI) 1.28, and 10% KOH-MeOH 10.6, filtered, concd., and dild. with H$_2$O yielded 3-guanylhydrazone (VII) of 2$\alpha$,17$\alpha$-dimethyl-5$\alpha$-androstan-17$\beta$-ol-3-one (VIII) 0.9 part, m. 223-5° (MeOH), $[\alpha]_D$ 25° (CHCl$_3$).  V 1 in dry C$_6$H$_6$ 16 refluxed 4 hrs. with 32.8% MeMgBr-Et$_2$O 13, and the product refluxed 2 hrs. with EtOH 10 and 85% N$_2$H$_4$.H$_2$O 0.2, and dild. with H$_2$O gave 3-hydrazone 0.75 part of VIII, m. 252-6° (Et$_2$O), $[\alpha]_D$ 80° (CHCl$_3$).  V 1 refluxed 4 hrs. with 32.8% MeMgBr-Et$_2$O 16, and the product refluxed 2 hrs. with EtOH 5 and 85% N$_2$H$_4$.H$_2$O 0.1 gave the azine (IX) 0.52 part of VIII, m. 265-7°, $[\alpha]_D$ 116° (CHCl$_3$).  V 1 with 32.8% MeMgBr 23 and then 95% C$_2$H$_4$.H$_2$O 2 yielded similarly IX 0.65 part.  V 0.5 in dry C$_6$H$_6$ 10 refluxed 50 min. with LiAlH$_4$ 0.5 in dry Et$_2$O 15, and the resulting 2$\alpha$-methyl-3-pyrrolidino-5$\alpha$-androst-3-en-17$\beta$-ol (X) refluxed 2 hrs. with EtOH 10, VI 0.64, and 10% KOH-MeOH 5.3 parts yielded 3-guanylhydrazone 0.34 part of 2$\alpha$-methyl-5$\alpha$-androstan-17$\beta$-ol-3-one (XI), m. 233-5° (MeOHEt$_2$O), $[\alpha]_D$ 35° (CHCl$_3$).  V 0.5 reduced in the usual manner with LiAlH$_4$, and the resulting X refluxed 2 hrs. with EtOH 5 and 85% N$_2$H$_4$.H$_2$O 0.1 yielded hydrazone 0.37 part of XI, m. 199-203°, $[\alpha]_D$ 44° (CHCl$_3$).  V 0.5 reduced with LiAlH$_4$ 0:5, and the resulting X refluxed 2 hrs. with EtOH 5 and 85% N$_2$H$_4$.H$_2$O 0.05 yielded azine (XII) 0.3 part of XI, m. 238- 9°, $[\alpha]_D$ 129° (CHCl$_3$).  V 0.5 reduced with LiAlH$_4$, and X refluxed 4 hrs. with CHCl$_3$ 5 and 98% N$_2$H$_4$.H$_2$O 1 gave XII 0.3 part.  XII 2 treated 12 hrs. at room temp. with C$_5$H$_5$N 4 and Ac$_2$O 4 yielded the 17-acetate 2 parts of XII, m. 267 9° (MeOH), $[\alpha]_D$ 95° (CHCl$_3$).  XII 1, C$_5$H$_5$N 6, and (EtCO)$_2$O 3 gave during 12 hrs. 17-propionate 1.05 parts of XII, m. 249-51°, $[\alpha]_D$ 124° (CHCl$_3$).  Similarly were prepd. the 17-heptanoate, m. 206-8° (CHCl$_3$), and the 17-decanoate of XII, m. 194-6° (MeOH), $[\alpha]_D$ 104° (CHCl$_3$).

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

### 35. 17$\beta$-Hydroxyandrostano[3,2-b]thiazoles

By Ringold, Howard J.; Djerassi, Carl; Zderic, John A.
From No Corporate Source data available (1963), US 3080359 19630305, Language: Unavailable, Database: CAPLUS

DEA-000018

The products possessed anabolic, antigonadotropic, and antiestrogenic activity.  Dihydroallotestosterone (1 g.) in 50 cc. AcOH treated with trace of HBr in AcOH, then stirred at 20° with 1.1 molar equiv. of Br in AcOH gave 2α-bromodihydroallotestosterone (I).  I (1 g.) in alc. refluxed 8 hrs. with 2 g. thioformamide gave 17β-hydroxyandrostano[3,2-b]thiazole (Ia).  2-Hydroxymethylenetestosterone (II) (1 g.), 13 cc. MeOH, and 0.4 g.  KOAc treated with 1.1 molar equivs. of Br in 2 cc. CCl$_4$ stirred 50 min. below 15°, refluxed 10 min. with 2 cc. 2N MeOH-NaOMe, evapd., and the residue crystd. gave 2α-bromotestosterone, which by condensation with 4 g. thioformamide, gave 17β-hydroxy-4-androsteno[3,2-b]thiazole (III).  II in Me$_3$COH treated with NaOMe, then 1.1 molar equivs. of Br in 2 cc. CCl$_4$ at 10°, stirred at room temp., and the 2-bromo-2-formyltestosterone refluxed 10 min. with 2N NaOMe gave 2α-bromotestosterone, which with thioformamide gave III.  The following compds. were treated with HCO$_2$Et and NaH to give the 2-hydroxymethylene derivs. (starting compd. and methylene deriv. given): 19-nortestosterone, 17β-hydroxy-19-nor-4-androstene; 6-dehydrotestosterone, 17β-hydroxy-4,6-androstadiene; 17α-vinyldihydroallotestosterone, 17α-vinyl-17β-hydroxyandrostane; 17α-ethynyl-19-nordihydroallotestosterone, 17α-ethynyl- 17β-hydroxy- 19-norandrostane (IV); 4,17α-dimethyl-17β-acetoxytestosterone, 4,17α-dimethyl-17β-acetoxy-4-androstene; 9α-fluoro- 17α-methyl-11β-hydroxytestosterone, 9α-fluoro-17α-methyl-11β,17β-dihydroxy-4-androstene; 4-fluorotestosterone, 4-fluoro-17β-hydroxy-4-androstene; 11-oxo-6-dehydrotestosterone, 17β-hydroxy-4,6-androstadiene; 6α, 17α-dimethyltestosterone, 6α, 17α-dimethyl- 17β-hydroxy-4-androstene.  4α-Methyldihydroallotestosterone, 17α-ethyldihydroallotestosterone, and 6α-methyldihydroallotestosterone were similarly converted into 4α-methyl-17β-hydroxyandrostane [3,2-b]thiazole, 17α-ethyl-17β-hydroxyandrostano[3,2-b]thiazole, and 6α-methyl-17β- hydroxyandrostano[3,2-b]thiazole.  17β-Acetoxydihydroallotestosterone and 17β-propionyloxydihydroallotestosterone were transformed into the corresponding 2α-bromo compds. and then treatment with thioformamide gave 17β-acetoxy and 17β-propionyloxyandrostano[3,2-b]thiazole.  IV (3 g.), 150 cc. C$_6$H$_6$, 15 cc. Ac$_2$O, and 1 g. p-MeC$_6$H$_4$SO$_3$H stirred 24 hrs. at room temp. gave the acetate.  2-Hydroxymethylene-6,17α-dimethyl-6-dehydrotestosterone and 2-hydroxymethylene-17α-methyl-4-bromo-9α- fluoro-11-oxotestosterone converted to the 2α-bromo derivs. and then to 17α-methyl-4-chloro-9α-fluoro-11-oxo-17β-hydroxy-4-androsteno[3,2-b]thiazole and 17α-methyl-4-bromo-9α-fluoro-17β-hydroxy-4-androsteno [3,2-b] thiazole.  6α-Fluoro-11β-hydroxydihydroallotestosterone with HCO$_2$Et and NaH gave the 2-hydroxymethylene deriv. and this in turn gave the thiazole deriv.  6α-Fluoro-11β-hydroxydihydroallotestosterone was obtained by the hydrogenation of 6α-fluoro-11 β-hydroxytestosterone over Pd-C which gave a mixt. of the 5α- and 5β-isomers which were sepd. by chromatography on neutral Al$_2$O$_3$.  Substituting thioacetamide or xanthogenamide in place of the thioformamide gave the corresponding compds. having a Me or EtO substituent at position 2'.  Also using thiobenzamide gave the Ph substituent at position 2'.  Conventional esterification with Ac$_2$O-C$_5$H$_5$N gave the various 17β-acetates.  Similarly the propionate, buty-rate, cyclopentylpropionate, and benzoate were formed.  Various 17β-acetates were obtained by treatment with Ac$_2$O in C$_6$H$_6$ with a trace of p-MeC$_6$H$_4$SO$_3$H.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 36. Secondary hormone effects of gynecological interest of dimetazine

By Pasquinucci, Cesare
From Annali di Ostetricia e Ginecologia (1962), 84, 851-67. Language: Unavailable, Database: CAPLUS

In a group of 10 women in surgical menopause a colpocytological study showed that dimetazine (2α,17α-dimethyl-5α-androstan-17β-ol 3,3-azine) had no estrogenic or androgenic activity.  In cases where a previous estrogenation had taken place, the drug had a slightly antiestrogen activity.  In a group of fertile patients with normal ovarian cycle, the treatment had no effect on the cycle characteristics.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 37. Relative potency of various steroids in an anabolic- androgenic assay using the castrated rat

By Dorfman, Ralph I.; Kincl, Fred A.
From Endocrinology (1963), 72, 259-66. Language: Unavailable, Database: CAPLUS, DOI:10.1210/endo-72-2-259

Activities of 22 analogs of 5α-dihydroxytestosterone, 17α-methyltestosterone, 5α-dihydrotestosterone, and Δ$^2$-(5α)androsten-17β-ol were detd. after subcutaneous injection.  Several were tested after administration by gavage.

**~9 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 38. Interactions of chloroform with α-and β-lipovitellin and other egg yolk constituents

By Burley, R. W.
From Canadian Journal of Biochemistry and Physiology (1963), 41, 389-95. Language: Unavailable, Database:
CAPLUS, DOI:10.1139/y63-047

The absorption of $CHCl_3$ by $\alpha$- and $\beta$-lipovitellin from $CHCl_3$-satd. aq. buffer solns. was measured quant.  Absorption is
rapid and reaches equil. values of 13 and 22% of the dry wts. of $\alpha$- and $\beta$-lipovitellin, resp.  Ultracentrifugal examn. of
these lipovitellin solns. show that $CHCl_3$ absorption produces a heavier fraction that is not homogeneous and probably
consists of aggregates.  There appears to be a threshold concn. of $CHCl_3$ in the aq. solns. below which none is absorbed
by the lipovitellins.  Similar, but less extensive, expts. with the low-d. lipoprotein of yolk and yolk lecithin showed that they
also absorb $CHCl_3$ under the same conditions.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 39. Steroidal azines

By Ruggieri, Pietro De
From No Corporate Source data available (1962), US 3062847 19621106, Language: Unavailable, Database:
CAPLUS

Compds. (I), useful as anabolic agents, were prepd., where R and R' are H or Me and R'' is H or an acyl group of 2-10 C
atoms.  (All $[\alpha]_D$ in $CHCl_3$).  $2\alpha$-Methyl-$5\alpha$-androstan-17$\beta$-ol 3-hydrazone 0.7 and 17$\beta$-hydroxy-$2\alpha$-methyl-$5\alpha$-androstan-
3-one (II) 0.3 in abs. EtOH 10 parts refluxed 3 hrs. and evapd. gave azine (III) of II 0.65, m. 238-9° (MeOH), $[\alpha]_D$ 129°.  III
in pyridine 6 treated with (EtCO)$_2$O 3 parts, the whole kept 12 hrs. at room temp., and dild. with H$_2$O gave 17-EtCO deriv.
of III 105, m. 249-51° (MeOH), $[\alpha]_D$ 124°.  The following compds. were similarly prepd. [compd., m.p. (MeOH), and $[\alpha]_D$
given]: azine of 17$\beta$-hydroxy-$2\alpha$,17$\alpha$-dimethyl-$5\alpha$-androstan-3-one, 265-7°, 116°; azine of 17$\beta$-hydroxy-$2\alpha$-methyl-$5\alpha$-
estran-3-one (IV), 234-6°, 112°; azine of 17$\beta$-hydroxy-$2\alpha$,17$\alpha$-dimethyl-$5\alpha$-estran-3-one, 242-3°, 100°; 17-Ac deriv. of III,
267-9°, 95°; 17-hexanoyl deriv. of III, 240-2°, 114°; 17-heptanoyl deriv. of III, 206-8°, 112°; 17-dodecanoyl deriv. of III,
194-6°, 140°; 17-EtCO deriv. of IV, 241-3°, 100°; 17-heptanoyl deriv. of IV, 247-50°, 120°.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 40. Toxicological studies with dimethazine

By Maistrello, I.; Lupo, C.; Spazzoli, G.
From Bollettino - Societa Italiana di Biologia Sperimentale (1962), 38, 996-7. Language: Unavailable, Database:
CAPLUS

Acute toxicity of dimethazinc (I), $2\alpha$,17$\alpha$-dimethyl-$5\alpha$-androstan-17$\beta$-ol 3,3'-azine, was tested on male and female young
rats by intraperitoneal administration of a dose of 10-50 mg.  After 24 and 48 hrs. all animals were alive whereas after
administration of 50 mg. oxymetholone or methandrostenolone the mortality was 100% after 24 hrs.  Oral doses of 50
mg. were tolerated by the rats with no abnormal symptoms after 48 hrs.  Intravenous injections of 10 mg. I in 40 ml.
homologous serum, given to male rabbits of about 3 kg. wt., did not provoke any symptoms of intolerance during the
following study.  Subacute toxicity of I was tested on male and female young rats of 60 g. av. wt. by daily oral doses of
100-1000 γ for 21 days.  At the highest dose, there was a mortality of 26%, compared with 7.5 in the controls.  Similar
results were obtained with rats in tests for chronic toxicity, where oral doses were given for 90 days.  Dogs, however,
tolerated daily oral doses of 10 mg. for 90 days without abnormal symptoms.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

## 41. A new series of steroids with protein anabolic action

By De Ruggieri, P.; Gandolfi, C.; Chiaramonti, D.
From Bollettino - Societa Italiana di Biologia Sperimentale (1962), 38, 985-7. Language: Unavailable, Database:
CAPLUS

$2\alpha$-Methyl-$5\alpha$-androstan-17$\beta$-ol-3-one, $2\alpha$,17$\alpha$-dimethyl-$5\alpha$-androstan-17$\beta$-ol-3-one, $2\alpha$-methyl-$5\alpha$-androstan-17$\beta$-ol 3-
hydrazone, $2\alpha$,17$\alpha$-dimethyl-$5\alpha$-androstan-17$\beta$-ol 3-hydrazone, $2\alpha$,17$\alpha$-dimethyl-$5\alpha$-androstan-17$\beta$-ol 3-guanyl-
hydrazone, and $2\alpha$,17$\alpha$-dimethyl $5\alpha$-androstan-17$\beta$-ol 3,3'-azine (dimethazine) (I) were tested for androgen-anabolic
activity according to the method of Herschberger, et al. (CA 47, 9458f).  I had m. 265-6°, $[\alpha]_D$ + 116°, $\lambda_{max.}$ in MeOH at
212 mμ ($\varepsilon$ = 18,100), and showed the most promising activity.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**42. The anabolic effect of a synthetic steroid on experimental bone regeneration**

By Mavrulis, A.; Pezzoli, G.
From Biochimica Applicata (1962), 9(No. 4), 189-96. Language: Unavailable, Database: CAPLUS

The stimulating effect on bone regeneration of a synthetic steroid, $2\alpha,17\alpha$-dimethyl-$5\alpha$-androstan-17$\beta$-ol 3,3'-azine (Dimetazine) (I) was tested in castrated male rabbits (2.3 kg., av.), which had just reached puberty.  After removal of a 4-7-mm. length of the right fibula, 8 rabbits received by gavage for 6 weeks, a daily dose of 2 mg. I suspended in Tween 80-saline; 7 animals served as controls.  There were considerable differences between the individual animals, but regeneration phenomena, such as development of an exuberant bone callus and growing together of the bone stumps, occurred, on an av., more than a week earlier in I-treated animals.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**43. Experimental investigation of the antigonadotropic activity of dimethazine**

By Spazzoli, G.; Matscher, R.; Maistrello, I.
From Bollettino - Societa Italiana di Biologia Sperimentale (1962), 38, 994-5. Language: Unavailable, Database: CAPLUS

Expts. with female rats showed that. dimethazine, $2\alpha,17\alpha$-dimethyl-$5\alpha$-androstan-17$\beta$-ol-3,3'-azine, has no influence on the normal ovulation cycle, that it has only little antigonadotropic activity on the cytology of the anterior pituitary gland of castrated animals.  It does not inhibit the appearance of castration cells, and inhibits the appearance of basophile cells to a much lesser extent than $17\alpha,17\alpha$-ethyl-19-nortesterone (Nilevar), or $17\alpha$-methyl-17$\beta$-hydroxyandrosta-1,4-dien-3-one (Dianabol).

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**44. Biological determination of the secondary hormonal activities of dimethazine**

By Lupo, C.; Matscher, R.; Ruggeri, P. De
From Bollettino - Societa Italiana di Biologia Sperimentale (1962), 38, 990-4. Language: Unavailable, Database: CAPLUS

Expts. with rats and rabbits showed that dimethazine, $2\alpha,17\alpha$-dimethyl-$5\alpha$-androstan-17$\beta$-ol-3,3'-azine has, in contrast to its protein-anabolic properties, practically no estrogenic, progestational, and corticoid activity.  Similarly, it has no effect on liver glycogen, and no antiinflammatory action on the anaphylactoid edema.

**~1 Citing**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**45. Biological activity of dimethazine in the protein-anabolic field**

By Matscher, R.; Lupo, C.; De, P. Ruggieri
From Bollettino - Societa Italiana di Biologia Sperimentale (1962), 38, 988-90. Language: Unavailable, Database: CAPLUS

Dimethazine (I), $2\alpha,17\alpha$-dimethyl-$5\alpha$-androstan-17$\beta$-ol-3,3'-azine, was compared to methyltestosterone, oxymethalone, androstanazole and testosterone propionate in its protein-anabolic activity.  The tests were made on castrated rats with a single hypodermic injection of 250 $\gamma$, on young male and female rats with increasing daily oral doses from 100 to 1000 $\gamma$ for 30 days, and on adult male rats with daily oral doses of 1000 $\gamma$ for 25 days.  It was shown that I did not interfere with the growth of young animals; that adult rats treated with I gained, on an av., 20 g. more in wt. than the controls; and that I had a greater myotropic effect on castrates than the other steroids, and induced a higher N retention than methyltestosterone in adult males.

**~2 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

DEA-000021

**46. Antigonadotropic action of a new steroid with anabolizing activity studied in the anterior pituitary gland of the castrated rat**

By Beghelli, V.; Mavrulis, A.
From Biochimica Applicata (1962), 9(No. 4), 179-88. Language: Unavailable, Database: CAPLUS

Seventy-five female rats were divided into 5 groups; 15 served as controls; 60 were castrated and among these, 15 were treated with 17α-ethyl-19-nortestosterone (I), 15 with 17α-methyl-17β-hydroxyandrosta-1,4-dien-3-one (II), and 15 with 2α,17α-dimethyl-5α-androstan-17β-ol 3,3'-azine (Dimetazine) (III).  With each of these steroids, treatment began 48 hrs. after the operation, with 1 mg. of the drug suspended in 0.5 ml. of saline (1% Tween 80 as suspending agent) once daily for 20 days by gavage.  The last 15 received the vehicle only, according to the same schedule.  The rats were sacrificed 24 hrs. after the last dose, and their pituitary glands and uteri examd.  The castrates which received the vehicle only showed very pronounced gonadotropic pituitary hyperfunction, such as formation of castration cells and an increase in basophilic cells.  Animals treated with I showed no castration cells at all, and only a small increase in basophilic cells.  Those given II had some castration cells, and only a moderate redn. of basophilic cells compared with the untreated rats.  The effect of III on the pituitary was almost negligible.  In uterotropic activity, measured as the ratio of uterus wt. to body wt., I was most effective; III was intermediate; II showed almost no activity.

**~0 Citings**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**47. Anabolic activity of the 2α,17α-dimethyl-5α-androstan- 17β-ol 3,3'-azine and of methyltestosterone by the radiochemical method. Comparative study**

By Bianco, L.; Lazzarini, E.; Lupo, C.; Pietra, E.
From Farmaco, Edizione Scientifica (1962), 17, 621-6. Language: Unavailable, Database: CAPLUS

Anabolic activity of dimethazine (I) and methyltestosterone (II) in rats, administered orally for a total dose of 6 mg., was tested by the Metcalf and Broich radiochem. technique (CA 56, 661d).  Specific activity of the levator ani muscle in the group treated with I was 2.3 times the controls.  No difference was found between the animals of control and the group treated with II.

**~1 Citing**

Copyright © 2019  American Chemical Society (ACS). All Rights Reserved.

**48. DIMETHAZINE AND SYNDROMES WITH LOSS OF WEIGHT**

By INNERHOFER O
From Gazzetta medica italiana (1964), 123326-32, Language: Italian, Database: MEDLINE

**~0 Citings**

Copyright © 2019   U.S. National Library of Medicine.

**49. USE OF DIMETHAZINE IN UNDERDEVELOPED CHILDREN AND ADOLESCENTS**

By CHAVEZMONTES J
From Revista iberica de endocrinologia (1964), 11225-32, Language: Spanish, Database: MEDLINE

**~0 Citings**

Copyright © 2019   U.S. National Library of Medicine.

**50. CAN THE ACTION OF A NEW SYNTHETIC STEROID (DIMETHAZINE) ON THE CONSOLIDATION OF FRACTURES AFFECT THE EPILEPTIC STATE**

By MASTRORILLI A
From Gazzetta medica italiana (1964), 123121-4, Language: Italian, Database: MEDLINE

**~0 Citings**

SciFinder®                                                                                         Page 15

Copyright © 2019   U.S. National Library of Medicine.

### 51. THE USE OF DIMETHAZINE IN SEBILE TYPES OF BRONCHOPNEUMOPATHIES

By BOTTERO A; LOPS M
From Gazzetta medica italiana (1964), 123111-6, Language: French, Database: MEDLINE

**~0 Citings**

Copyright © 2019   U.S. National Library of Medicine.

### 52. ANABOLIC DRUGS IN THE CORRECTION OF A PROTEIN-DEFICIENT NUTRITIONAL STATE. BIOPHARMACOLOGICAL AND CLINICAL CONSIDERATIONS ON THE USE OF 2-ALPHA,17-ALPHA-DIMETHYL-5-ALPHA-ANDROSTAN-17-BETA-OL-3,3'-AZINE (DIMETHAZINE)

By MAGGI C A
From Gazzetta medica italiana (1964), 12355-63, Language: Italian, Database: MEDLINE

**~0 Citings**

Copyright © 2019   U.S. National Library of Medicine.

### 53. OBSERVATIONS ON NITROGEN METABOLISM IN SUBJECTS AFFLICTED WITH CHRONIC PULMONARY TUBERCULOSIS AND SUBMITTING TO ANABOLIC THERAPY WITH DIMETHAZINE

By FERRARI S; FANTOLI U; BARBARO P; STOLFI R
From Annali dell'Istituto "Carlo Forlanini" (1963), 23322-34, Language: Italian, Database: MEDLINE

**~0 Citings**

Copyright © 2019   U.S. National Library of Medicine.

### 54. THE USE OF DIMETHAZINE IN ANTITUBERCULAR THERAPY

By BERLOCO N; MASSERINI C
From Giornale italiano di chemioterapia (1963), 1032-5, Language: Italian, Database: MEDLINE

**~0 Citings**

Copyright © 2019   U.S. National Library of Medicine.

### 55. Contribution to the study of the proteoanabolic effects of dimethazine. (Clinical research)

By CEI C; ANSELMI G
From Gazzetta medica italiana (1963), 12257-61, Language: Italian, Database: MEDLINE

**~0 Citings**

Copyright © 2019   U.S. National Library of Medicine.

### 56. Clinical evaluation of the proteo-anabolic activity of dimethazine in patients with genital neoplasms during actinotherapy

By FONTANA DONATELLI G; DAMBROSIO F
From Annali di ostetricia e ginecologia (1962), 84773-83, Language: Italian, Database: MEDLINE

DEA-000023

SciFinder®

Page 16

**~0 Citings**

Copyright © 2019   U.S. National Library of Medicine.

DEA-000024

# EXHIBIT 10



9:19-CR-80030
GOVERNMENT
EXHIBIT
010

**From:** DiBerardino, Thomas <TDiBerardino@DEA.USDOJ.GOV>
**Sent:** Thursday, February 02, 2017 2:01 PM
**To:** Wong, Liqun L.
**Subject:** RE: Unscheduled steroids
**Attachments:** steroids.docx

The attached has info on these substance. We previously determined that dimethazine is not controlled, but that was based on it not being listed in the definition. I need to review these further for a determination under 21 USC 802(41)(C).

Tom DiBerardino, Ph.D., Chemist
Drug Enforcement Administration
Drug & Chemical Evaluation Section
8701 Morrissette Drive
Springfield, VA 22152-4208
Desk: (202) 307-7207 Cell: (202) 904-9671
Office: (202) 307-7183 Fax: (202) 353-1263

This electronic correspondence and any attachments hereto are the property of the Drug Enforcement Administration Diversion Control Division. Neither it, nor its contents, may be disseminated further without the express permission of the author and, where appropriate, DEA's Office of Chief Counsel.


-----Original Message-----
From: Wong, Liqun L.
Sent: Thursday, February 02, 2017 9:12 AM
To: DiBerardino, Thomas
Subject: FW: Unscheduled steroids

Your opinion?


-----Original Message-----
From: Reader, Alistair F. (CIV)
Sent: Wednesday, February 01, 2017 10:05 PM
To: Wong, Liqun L.
Subject: Unscheduled steroids

Dear Ms. Wong,

Jim Arnold gave me your contact information earlier today and recommended you as a good source of expertise on anabolic steroids. We are considering whether 2, 17a-dimethyl-17b-hydroxy-5a-androst-1-en-3-one, also known as methylstenbolone, and 17b-hydroxy 2a, 17b-demthyl 5a-androstan 3-one azine, also known as dimethazine or dimethazine, are unequivocally within the CSA, particularly via 21 USC 802(41)(C) .

Jim mentioned that this particular provision may not have been tested yet in court. I assume we would still need an expert who would testify that the chemicals are "substantially similar" to a scheduled steroid. Our case, however,

1

DEA-000090

involves very explicit marketing/labeling that advertises the ingredients as muscle building, comparable to other steroids, and cites to scientific articles to the same effect.   That may make our job easier.

 Thanks,

Alistair Reader

Trial Attorney

Consumer Protection Branch

United States Department of Justice

450 Fifth Street, N.W.

Washington, D.C. 20530

202-353-9930

alistair.f.reader@usdoj.gov<mailto:alistair.f.reader@usdoj.gov>

2

DEA-000091

2, 17a-dimethyl-17b-hydroxy-5a-androst-1-en-3-one, also known as methylstenbolone, Not previously determined; Wikipedia states: orally active anabolic-androgenic steroid.



17b-hydroxy 2a, 17b-demthyl 5a-androstan 3-one azine, also known as dimethazine
Reported as not controlled October 2016 to a DI by email; May be banned by the FDA as it is a prodrug to methasterone, a CIII anabolic steroid.

DEA-000090_001

Case 9:19-cr-80030-WPD   Document 361-1   Entered on FLSD Docket 03/18/2020   Page 78 of
102
Case 9:19-cr-80030-WPD   Document 261-11   Entered on FLSD Docket 02/14/2020   Page 1 of 5

# EXHIBIT 11



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

MAR 1 4 2017

Steven Moran
FDA/OCI
901 Warrenville Road, Suite 360
Lisle, Illinois 60532

Dear Mr. Moran:

This is in response to your email messages dated January 30, 2017 and February 7, 2017, in which you requested the control status of a number of steroids under the Controlled Substances Act (CSA).

The Drug Enforcement Administration (DEA) conducted a scientific review of the chemical structures of these substances, where possible, in accordance with the definitions within the CSA and its implementing regulations. Based on this review, DEA determined that 2α,3α-epithio-17α-methyl-5α-androstan-17β-ol and 2α,17α-dimethyl-17β-hydroxy-5β-androstan-3-one (and its isomer 2α,17α-dimethyl-17β-hydroxy-5α-androstan-3-one) are specifically listed as anabolic steroids and are Schedule III controlled substances.

2α,3α-Epithio-17α-methyl-5α-androstan-17β-ol is specifically named in Title 21 United States Code, Section 802(41)(A)(lx) (21 U.S.C. §802(41)(A)(lx)), 2α,17α-dimethyl-17β-hydroxy-5β-androstan-3-one is specifically named in 21 U.S.C. § 802(41)(A)(lix), and 2α,17α-dimethyl-17β-hydroxy-5α-androstan-3-one is specifically named in 21 U.S.C. § 802(41)(A)(lvii) and Title 21, Code of Federal Regulations, Section 1300.01(b)(*Anabolic Steroid*)(32).

The remaining five structures identified are not specifically listed as anabolic steroids under the CSA, nor are they salts, esters, or ethers of any specifically listed anabolic steroid. However, should DEA receive information that these substances meet the criteria set forth in Title 21 United States Code, Sections 802(41)(A) or 802(41)(C), DEA will initiate rulemaking to have these steroids specifically named as anabolic steroids under the CSA.

The chemical structures, corrected chemical names, and chemical names provided in your email used to make these determinations are on the following pages. If you have any further questions, please contact the Drug and Chemical Evaluation Section at (202) 307-7183.

DEA-000061

2α,3α-epithio-17α-methyl-5α-androstan-17β-ol
Schedule III

Provided chemical names (with errors):
- 2 3a-epithio-17a-methyletioallo cholan-17b-ol  (Epistane)
- 2a, 3a-epithio17a methyl-17b-hydroxy-5a-andrstane
- 2a, 3a-epithio-17a-methyl-5a-androstan-19b-ol
- 2a,3a-epithio-17a-methyl-5a-androstan-17b-ol
- 5a-androstan-2,3-epithio-17a-methyl, 17a-ol
- 5a-androstan-2,3-epithio-17a-methyl, 17b-ol



2α,17α-dimethyl-17β-hydroxy-5β-androstan-3-one or
2α,17α-dimethyl-17β-hydroxy-5α-androstan-3-one
Schedule III

Provided chemical name:
- 2a,17a-dimethyl etiocholan 3-one, 17b-ol



androsta-1,4,6-triene-3,17-dione
Not Controlled

Provided chemical names (with some errors):
- 1,4,6-androstatriene-3, 17-dione (ADT)
- 17 ketoetiochol-triene  (ATD)
- 3,17-keto-etiochol-triene (ATD)

DEA-000062

17β-hydroxy-2α,17-dimethyl-5α-androstan-3-one azine
Not Controlled

Provided chemical names (with some errors):
- 17beta-dimethyl 5 alpha-androstan3-one azine
- 17-beta-dimethyl5alpha, adrostan3-on-azine
- 17-beta-hydroxy 2 alpha
- 17-beta-hydroxy 2alpha, 17-beta-dimethyl 5alpha androstan3-on azine (Dymethazine)



17β-hydroxy-2,17-dimethyl-5α-androst-1-en-3-one
Not Controlled

Provided chemical names (with some errors):
- 2,17a-dimethyl-17b-hydroxy-5a-androst-1-en-one (Methylstenbolone)
- 2,17a-dimethyl-5a-androsta-1-en-17b-ol-3-one  (Methylstenbolone)
- 2,17a-dimethyl-17b-hydroxy-5a-androst-1-en-3-one (Methylstenbolone)



6α-chloro-17β-hydroxy-androst-4-en-3-one
Not Controlled

Provided chemical name:
- 6a-Chloro-androst-4-en-17b-ol-3-one

DEA-000063

3β-hydroxy-estr-4-en-17-one
Not Controlled

Provided chemical name:
- 19-norandrost-4-ene-3b-ol 17-one

Sincerely,

Terrence L. Boos, Ph.D., Chief
Drug & Chemical Evaluation Section
Diversion Control Division

Case 9:19-cr-80030-WPD   Document 361-1   Entered on FLSD Docket 03/18/2020   Page 83 of
102
Case 9:19-cr-80030-WPD   Document 261-12   Entered on FLSD Docket 02/14/2020   Page 1 of 6

# EXHIBIT 12



9:19-CR-80030
GOVERNMENT
EXHIBIT
012

U.S. Department of Justice
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

JUN 8 – 2018

██████████████

██████████████████

Uniformed Services University
4301 Jones Bridge Road
Bethesda, Maryland 20814

Dear ██████████ :

This is in response to your email dated May 24, 2018, in which you request the control status of dymethazine (17$\beta$-hydroxy-2$\alpha$,17-dimethyl-5$\alpha$-androstan-3-one azine) under the Controlled Substances Act (CSA). The Drug Enforcement Administration (DEA) conducted a scientific review of the chemical structure of this substance in accordance with the definitions within the CSA and its implementing regulations. Based on this review, DEA determined that dymethazine is not named or defined as a controlled substance under the CSA.

The chemical structure of dymethazine is related to those of the anabolic steroids controlled in schedule III by Title 21 of the United States Code (U.S.C.) § 812(e) Schedule III and Title 21 of the Code of Federal Regulations § 1308.13(f). However, it is altered such that it is not named or defined as an anabolic steroid, and is not a controlled substance at this time. Should DEA determine in the future that dymethazine meets the criteria for schedule III control as an anabolic steroid as set forth in 21 U.S.C. § 802(41)(A), DEA will initiate a rulemaking to have it placed in schedule III of the CSA.

The chemical structure used to make this determination is shown below. If you have any further questions, please contact the Drug and Chemical Evaluation Section at (202) 307-7183.



Dymethazine; Not Controlled

Sincerely,

Terrence L. Boos, Ph.D., Chief
Drug & Chemical Evaluation Section
Diversion Control Division

DEA-000004

U.S. Department of Justice
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

**JUN 8 – 2018**

█████████████████
█████ Operation Supplement Safety
Uniformed Services University
4301 Jones Bridge Road
Bethesda, Maryland 20814

Dear ████████████ :

This is in response to your email dated May 24, 2018, in which you request the control status of dymethazine (17β-hydroxy-2α,17-dimethyl-5α-androstan-3-one azine) under the Controlled Substances Act (CSA). The Drug Enforcement Administration (DEA) conducted a scientific review of the chemical structure of this substance in accordance with the definitions within the CSA and its implementing regulations. Based on this review, DEA determined that dymethazine is not named or defined as a controlled substance under the CSA.

The chemical structure of dymethazine is related to those of the anabolic steroids controlled in schedule III by Title 21 of the United States Code (U.S.C.) § 812(e) Schedule III and Title 21 of the Code of Federal Regulations § 1308.13(f). However, it is altered such that it is not named or defined as an anabolic steroid, and is not a controlled substance at this time. Should DEA determine in the future that dymethazine meets the criteria for schedule III control as an anabolic steroid as set forth in 21 U.S.C. § 802(41)(A), DEA will initiate a rulemaking to have it placed in schedule III of the CSA.

The chemical structure used to make this determination is shown below. If you have any further questions, please contact the Drug and Chemical Evaluation Section at (202) 307-7183.


Dymethazine; Not Controlled

Sincerely,

Terrence L. Boos, Ph.D., Chief
Drug & Chemical Evaluation Section
Diversion Control Division

cc: Washington Division

DEA-000005

**U.S. Department of Justice**

Drug Enforcement Administration
8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

**JUN 8 - 2018**

████████ MS
████ Operation Supplement Safety
Uniformed Services University
4301 Jones Bridge Road
Bethesda, Maryland 20814

Dear ████████ :

This is in response to your email dated May 24, 2018, in which you request the control status of dymethazine (17$\beta$-hydroxy-2$\alpha$,17-dimethyl-5$\alpha$-androstan-3-one azine) under the Controlled Substances Act (CSA). The Drug Enforcement Administration (DEA) conducted a scientific review of the chemical structure of this substance in accordance with the definitions within the CSA and its implementing regulations. Based on this review, DEA determined that dymethazine is not named or defined as a controlled substance under the CSA.

The chemical structure of dymethazine is related to those of the anabolic steroids controlled in schedule III by Title 21 of the United States Code (U.S.C.) § 812(e) Schedule III and Title 21 of the Code of Federal Regulations § 1308.13(f). However, it is altered such that it is not named or defined as an anabolic steroid, and is not a controlled substance at this time. Should DEA determine in the future that dymethazine meets the criteria for schedule III control as an anabolic steroid as set forth in 21 U.S.C. § 802(41)(A), DEA will initiate a rulemaking to have it placed in schedule III of the CSA.

The chemical structure used to make this determination is shown below. If you have any further questions, please contact the Drug and Chemical Evaluation Section at (202) 307-7183.



Dymethazine; Not Controlled

Sincerely,

Terrence L. Boos, Ph.D., Chief
Drug & Chemical Evaluation Section
Diversion Control Division

cc: Washington Division

DRE: _____
DRED: _____ 6/7/18
DRED: ___ TD

S:\ODECD\DFN\630-01 Drug & Chemical Evaluation Files\Drafts of Word Documents in
Routing\ Uniform Services University Dymethazine anabolic steroid related NC 05 24 18 18-
5102 06 05 18

SBF: - DRE-18-405

DEA-000007

## Bass, Crystal P

**From:** ODE Mailbox
**Sent:** Thursday, May 24, 2018 11:07 AM
**To:** Bass, Crystal P
**Subject:** FW: DMZ

$1\!\!\!/ -5102$

Log in please.

**From:** [                                              ]
**Sent:** Thursday, May 24, 2018 10:34 AM
**To:** ODE Mailbox
**Subject:** DMZ

Good morning,

Can you tell us if DMZ, or dymethazine (sometimes spelled dimethazine; also known as mebolazine or 17b-hydroxy-2a,17b-dimethyl-5a-androstan-3-one-azine), is covered by DASCA?

It is often marketed as a prohormone or designer steroid ingredient in dietary supplements. It is similar to methasterone. Various products have been recalled due to the presence of dymethazine; you can read the most recent statement from FDA regarding potential health risks from consuming this ingredient, which FDA refers to as an "anabolic steroid" and an "unapproved drug." Also note that dymethazine is prohibited by the U.S. Anti-Doping Agency and the World Anti-Doping Agency.

Thank you for your assistance.

Best,



Operation Supplement Safety

Consortium for Health and Military Performance
*A DoD Center of Excellence*
Uniformed Services University
4301 Jones Bridge Road
Bethesda, MD 20814
Email
OPSS: OPSS.org

DEA-000008

Case 9:19-cr-80030-WPD   Document 361-1   Entered on FLSD Docket 03/18/2020   Page 89 of
102
Case 9:19-cr-80030-WPD   Document 261-13   Entered on FLSD Docket 02/14/2020   Page 1 of 4

# EXHIBIT 13



9:19-CR-80030
GOVERNMENT
EXHIBIT
013

# Memorandum

| Subject | | Date |
|---|---|---|
| Control Status - dimethazine | | JUN 2 1 2018 |

| To | From |
|---|---|
| Jorge Jimenez, Chief<br>Import/Export Section<br>Diversion Control Division | Terrence L. Boos, Ph.D., Chief<br>Drug and Chemical Evaluation Section<br>Diversion Control Division |

DRE requests a letter of no objection for a dimethazine, ordered by DRE, to be sent to SFL1 from ▮▮▮▮▮▮▮▮▮▮

DRE conducted a scientific analysis of the chemical structure of this substance in accordance with the definitions within the Controlled Substances Act and its implementing regulations. Based on this review, DRE determined that dimethazine not a controlled substance or regulated chemical under the CSA.

# Memorandum

| Subject | Date |
|---|---|
| Control Status - dimethazine | JUN 2 1 2018 |

To

Jorge Jimenez, Chief
Import/Export Section
Diversion Control Division

From

Terrence L. Boos, Ph.D., Chief
Drug and Chemical Evaluation Section
Diversion Control Division

DRE requests a letter of no objection for a dimethazine, ordered by DRE, to be sent to SFL1 from ███████████████████.

DRE conducted a scientific analysis of the chemical structure of this substance in accordance with the definitions within the Controlled Substances Act and its implementing regulations. Based on this review, DRE determined that dimethazine not a controlled substance or regulated chemical under the CSA.

DEA-000002

DRE:____
DRED:____
DRED: _a̶v̶_ DW

S:\ODECD\DFN\630-01 Drug & Chemical Evaluation Files\Drafts of Word Documents in Routing\ memo to DRI - dimethazine

SBF: - DRE-18-440

Case 9:19-cr-80030-WPD   Document 361-1   Entered on FLSD Docket 03/18/2020   Page 93 of
102
Case 9:19-cr-80030-WPD   Document 261-14   Entered on FLSD Docket 02/14/2020   Page 1 of 3

# EXHIBIT 14



9:19-CR-80030
GOVERNMENT
EXHIBIT
014

**From:** DPE Mailbox <DPE@dea.usdoj.gov>
**Sent:** Wednesday, April 03, 2019 11:31 AM
**To:** Wong, Liqun L.
**Subject:** FW: Dymethazine

Agent Whelan's response.

**From:** Whelan, Patrick <Patrick.Whelan@fda.hhs.gov>
**Sent:** Wednesday, April 03, 2019 11:27 AM
**To:** DPE Mailbox <DPE@dea.usdoj.gov>
**Subject:** RE: Dymethazine

Hi DPE,

Thank you for the response.  I am around the rest of the day to discuss.  How about 1:00 pm CST (2:00 EST)?  I'd like to discuss the status of placing DMZ on the list.

Pat

**From:** DPE Mailbox <DPE@usdoj.gov>
**Sent:** Wednesday, April 03, 2019 8:22 AM
**To:** Whelan, Patrick <Patrick.Whelan@fda.hhs.gov>
**Subject:** RE: Dymethazine

Special Agent Whelan:

We apologize for the delay in our response. Please see below for DEA position on the two substances you inquired about.

DMZ - Common/trade name for dymethazine (2α,17α-dimethyl-5α-androstan-17β-ol-3-one azine), which is derived from and has a chemical structure substantially similar the structure of methasterone (2α,17α-dimethyl-5α-androstan-17β-ol-3-one), a listed anabolic steroid under the Controlled Substances Act (CSA).

Methyl-Sten - Common/trade name for methylstenbolone (17β-hydroxy-2,17α-dimethyl-5α-androst-1-en-3-one), which has a chemical structure substantially similar to the structure of stenbolone (17β-hydroxy-2-methyl-5α-androst-1-en-3-one), a listed anabolic steroid under the Controlled Substances Act (CSA).

We are available today if you wish to discuss over the phone.

Sincerely,
_____
Drug and Chemical Evaluation Section
Diversion Control Division
Drug Enforcement Administration

1

DEA-000029

☎ Phone: 202.307.7183
🖱 DPE@usdoj.gov
x76

_____

**From:** Whelan, Patrick <Patrick.Whelan@fda.hhs.gov>
**Sent:** Tuesday, February 26, 2019 3:18 PM
**To:** DPE Mailbox <DPE@dea.usdoj.gov>
**Subject:** Dymethazine

Hello DEA DPE,

My name is Pat Whelan and I'm a Special Agent with the FDA, Office of Criminal Investigations in Chicago.  I've got a couple of questions pertaining to DMZ and Methylstenbolone.

I was previously referred to Jordan Trecki, who then directed my email to DPE – it has been about 3 weeks and I wanted to check back in.

I'm working a dietary supplement investigation involving products found by the FDA lab to contain DMZ and Methylstenbolone.  I'm making an argument the substance is a synthetic anabolic steroid subject to the 2014 Anabolic Steroid Control Act.  I've got a Memorandum from the FDA stating the substance is an anabolic steroid…(it hits all the notes for the Anabolic Steroid Control Act of 2014)

<u>Substance:</u>  17-beta-hydroxy 2 alpha, 17-beta-dimethyl 5alpha, androstan 3-on azine (DMZ)

<u>Synonyms:</u> Dymethazine, Dimethazine, Mebolazine, Roxilon

<u>Substance:</u>  2,17a-Dimethyl-17bhydroxy-5a-androst-1-en-3-one

<u>Synonyms:</u>  Methyl-Sten, Methylstenbolone , Ultradrol

There was some open-source material on the Internet indicating the substance is pending being placed in Schedule III and would like to discuss the status.

https://medium.com/@anthonyroberts/dea-looking-to-add-four-new-steroids-to-schedule-iii-1bd819b2e8eb

Best regards,

Patrick J. Whelan, Special Agent
U.S. Food and Drug Administration
Office of Criminal Investigations
901 Warrenville Road, Suite 360
Lisle, IL 60532
Desk: (630) 769-5555  Cell: (630) 200-8436
Fax:   (630) 769-5550
Email: Patrick.whelan@fda.hhs.gov

2

# EXHIBIT 15



| | |
|---|---|
| **From:** | DPE Mailbox |
| **To:** | Boos, Terrence L.; Wong, Liqun L. |
| **Subject:** | FW: ▮▮▮▮▮▮▮ |
| **Date:** | Tuesday, August 27, 2019 9:55:36 AM |

The other thread. Unclear if FDA was involved.

**From:** DPE Mailbox
**Sent:** Friday, May 31, 2019 11:52 AM
**To:** Davis, William E. <WEDavis@DEA.USDOJ.GOV>
**Subject:** FW: ▮▮▮▮▮▮▮

**From:** DPE Mailbox
**Sent:** Wednesday, May 01, 2019 3:39 PM
**To:** Davis, William E. <WEDavis@DEA.USDOJ.GOV>
**Subject:** FW: ▮▮▮▮▮▮▮

**From:** DPE Mailbox
**Sent:** Thursday, March 28, 2019 3:49 PM
**To:** Sciarillo, Michael J. <MJSciarillo@dea.usdoj.gov>
**Subject:** RE: ▮▮▮▮▮▮▮

TFO Sciarillo,

We apologize for the delay in our response. Please see below for details of the two additional substances you inquired about.

DMZ - Common/trade name for dymethazine (2a,17a-dimethyl-5a-androstan-17ß-ol-3-one azine), which is derived from and has a chemical structure substantially similar the structure of methasterone (2a,17a-dimethyl-5a-androstan-17ß-ol-3-one), a listed anabolic steroid under the Controlled Substances Act (CSA).

M-Sten - Common/trade name for methylstenbolone (17ß-hydroxy-2,17a-dimethyl-5a-androst-1-en-3-one), which has a chemical structure substantially similar to the structure of stenbolone (17ß-hydroxy-2-methyl-5a-androst-1-en-3-one), a listed anabolic steroid under the Controlled Substances Act (CSA).

Please don't hesitate to contact us if you have any other questions.

Sincerely,

Drug and Chemical Evaluation Section
Diversion Control Division
Drug Enforcement Administration
DPE@usdoj.gov
202.307.7183

--
x75

---

**From:** Sciarillo, Michael J. <MJSciarillo@dea.usdoj.gov>
**Sent:** Friday, March 15, 2019 5:03 PM
**To:** DPE Mailbox <DPE@dea.usdoj.gov>
**Subject:** Re: ███████████

Thanks very much Daniel

Sent from my iPhone

On Mar 15, 2019, at 4:31 PM, DPE Mailbox <DPE@dea.usdoj.gov> wrote:

> TFO Sciarillo,
>
> Please see the following list of common or trade names and their likely chemical equivalents.
>
> tren enanthate - Ester of trenbolone (17ß-hydroxyestr-4,9,11-trien-3-one). *See* 21 USC 802(41)(A)(xlix) and 802(41)(A)(lxxv); 21 CFR 1300.01(*Anabolic Steroids*)(64) and 1300.01(*Anabolic Steroids*)(65).
>
> test enanthate - Ester of testosterone (17ß-hydroxyandrost-4-en-3-one). *See* 21 USC 802(41)(A)(xlvii) and 802(41)(A)(lxxv); 21 CFR 1300.01(*Anabolic Steroids*)(62) and 1300.01(*Anabolic Steroids*)(65).
>
> Masteron – Common/trade name for ester of drostanolone (17ß-hydroxy-2a-methyl-5a-androstan-3-one). *See* 21 USC 802(41)(A)(xii) and 802(41)(A)(lxxv); 21 CFR 1300.01(*Anabolic Steroids*)(20) and 1300.01(*Anabolic Steroids*)(65).
>
> Sustanon - Common/trade name for mixture of testosterone esters (17ß-hydroxyandrost-4-en-3-one). *See* 21 USC 802(41)(A)(xlvii) and 802(41)(A)(lxxv); 21 CFR 1300.01(*Anabolic Steroids*)(62) and 1300.01(*Anabolic Steroids*)(65).
>
> Winstrol - Common/trade name for stanozolol (17a-methyl-17ß-hydroxy-[5a]-androst-2-eno[3,2-*c*]-pyrazole). *See* 21 USC 802(41)(A)(xliv); 21 CFR 1300.01(*Anabolic Steroids*)(59).
>
> Anavar - Common/trade name for oxandrolone (17a-methyl-17ß-hydroxy-2-oxa-[5a]-

DEA-000037

androstan-3-one). *See* 21 USC 802(41)(A)(xli); 21 CFR 1300.01(*Anabolic Steroids*)(55).

Anadrol - Common/trade name for oxymetholone (17a-methyl-2-hydroxymethylene-17ß-hydroxy-[5a]-androstan-3-one). *See* 21 USC 802(41)(A)(xliii); 21 CFR 1300.01(*Anabolic Steroids*)(57).

Dianabol - Common/trade name for methandienone (17a-methyl-17ß-hydroxyandrost-1,4-dien-3-one). *See* 21 USC 802(41)(A)(xxii); 21 CFR 1300.01(*Anabolic Steroids*)(30).

Please don't hesitate to contact us if you have any other questions.

Sincerely,

Drug and Chemical Evaluation Section
Diversion Control Division
Drug Enforcement Administration
DPE@usdoj.gov
202.307.7183

--
x75

---

**From:** Sciarillo, Michael J. <MJSciarillo@dea.usdoj.gov>
**Sent:** Tuesday, March 12, 2019 1:11 PM
**To:** Willenbring, Daniel <DWillenbring@dea.usdoj.gov>
**Cc:** Caraballo, Phillip (USAPAM) <Phillip.Caraballo@usdoj.gov>
**Subject:** FW: ████████

Good Afternoon Dan-

I was given your contact information by DEA HQ. We are conducting an international and domestic investigation involving steroids and other substances which are being imported from China.

At this time, we are addressing the issue with what chemicals or substances fall under Title 21 and or the Designer Steroid Act. Any input or clarification on this would be greatly appreciated. I have included the original email thread from the AUSA in Scranton who is also CC'd on this email. The specific substances we are looking at are highlighted in yellow at the bottom of this email thread.

DEA-000038

Thank You

---

**From:** Blackwell, Thomas M. <TMBlackwell@DEA.USDOJ.GOV>
**Sent:** Tuesday, March 12, 2019 11:56 AM
**To:** Gabura, Mark J. <MJGabura@DEA.USDOJ.GOV>
**Cc:** White, Lanette M. <LMWhite2@dea.usdoj.gov>
**Subject:** RE: ███████████

Hi Mark,

Since this is more of a CSA scheduling issue, I would reach out to Terry Boos in the drug and chemical evaluation Section, in the Diversion Division.  He is highly knowledgeable in this area or could put you in contact with someone on his staff who would be better equipped to address any scheduling issues.

Tom


*Thomas Blackwell*

Laboratory Director
DEA-Northeast Laboratory
New York, NY
212-620-3687

---

**From:** Gabura, Mark J. <MJGabura@DEA.USDOJ.GOV>
**Sent:** Tuesday, March 12, 2019 11:15 AM
**To:** Blackwell, Thomas M. <TMBlackwell@DEA.USDOJ.GOV>
**Cc:** Sciarillo, Michael J. <MJSciarillo@dea.usdoj.gov>
**Subject:** FW: ███████████

Mr. Blackwell

I hope all is well. We are in the process of going up on an Internet ███████ investigation which involves, among other things, the distribution of Schedule III substances. It is a rather large case that has received attention from several US Attorney Districts, DEA Offices and SOD. We received the first revision of the ████ ██████████████ and the Criminal Chief from the Middle District of Pennsylvania is requesting a more detailed or "expert" explanation of the chemical compound of numerous Schedule III substances (See below e-mail).
If possible, can you provide the name of a chemist that may be able to assist the Case

Agent, Michael Sciarillo, (Copied in this e-mail) which this task. It would help
tremendously and allow us to complete the affidavit and comply with the suggestions
on the Criminal Chief. Unfortunately, we are on a time schedule and would like to get
this affidavit to OEO by the close of business Friday as everything else is in place.

Thank you in advance for your assistance. Feel free to contact myself of Michael
Sciarillo with any questions or concerns.

**Mark Gabura**
**Resident Agent in Charge**
**DEA Scranton, PA**
**570-496-1020 office**
**570-499-7074 cell**



---

**From:** Sciarillo, Michael J. <MJSciarillo@dea.usdoj.gov>
**Sent:** Tuesday, March 12, 2019 8:32 AM
**To:** Gabura, Mark J. <MJGabura@DEA.USDOJ.GOV>
**Subject:** Fwd: ███████████

Sent from my iPhone

Begin forwarded message:

> **From:** "Caraballo, Phillip (USAPAM)" <Phillip.Caraballo@usdoj.gov>
> **Date:** March 11, 2019 at 1:25:07 PM EDT
> **To:** "Sciarillo, Michael J. (DEA)" <Michael.J.Sciarillo@usdoj.gov>, "Davis,
> William E. (DEA)" <William.E.Davis@usdoj.gov>
> **Subject:** ███████████

DEA-000040



-000041