UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80030-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

PHILLIP BRAUN,
AARON SINGERMAN,
JAMES BOCCUZZI, and
BLACKSTONE LABS, LLC,

        Defendants.
_____/

ORDER ON GOVERNMENT'S UNOPPOSED MOTION
TO BRING ELECTRONICS INTO COURT FOR MOTION HEARING

**THIS CAUSE** having come before the Court upon a Motion for Authorization to Bring Electronic Devices into Court for the October 8, 2021 Calendar Call, ECF No. 493, the Court having reviewed said Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Paralegal Specialist Tyaka Mallory and Paralegal Specialist Lawrence Keller are permitted to bring into the Courthouse a laptop computer and cellular telephone for the October 8, 2021 Calendar Call.

DONE AND ORDERED in Fort Lauderdale, Florida, this ___6___ day of October, 2021.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record.