UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80030-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

ROBERT DIMAGGIO,

        **Defendant.**

_____/

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
## UNDER SENTENCING GUIDELINES SECTION 5K1.1

Under Section 5K1.1 of the United States Sentencing Guidelines, the government respectfully files this motion for a downward departure from the advisory guideline range that has been calculated for the defendant and set forth in his Presentence Investigation Report, on the grounds that the defendant has provided substantial assistance in the prosecution of others. At the upcoming sentencing hearing, government counsel will discuss the nature and quality of the defendant's substantial assistance and make a recommendation as to the departure.

Dated: February 3, 2022

                                Respectfully submitted,

                                JUAN ANTONIO GONZALES
                                UNITED STATES ATTORNEY

                                GUSTAV W. EYLER
                                DIRECTOR
                                U.S. DEPARTMENT OF JUSTICE
                                CONSUMER PROTECTION BRANCH

                                *David A. Frank*
                By:   DAVID A. FRANK
                                Court ID No. A5500486
                                Senior Litigation Counsel

>ALSTAIR F.A. READER
>Court ID No. A5502377
>Trial Attorney
>STEPHEN J. GRIPKEY
>Court ID No. A5502620
>Trial Attorney
>JOHN W. BURKE
>Court ID No. A5501294
>Assistant Director
>U.S. Department of Justice
>Consumer Protection Branch
>P.O. Box 386
>Washington, DC 20044-0386
>David.Frank@usdoj.gov
>(202) 307-0061
>Alistair.F.Reader@usdoj.gov
>(202) 353-9930
>Stephen.Gripkey@usdoj.gov
>(202) 307-0048
>Josh.Burke@usdoj.gov
>(202) 353-2001

## CERTIFICATE OF CONFERENCE

Under Local Rule 88.9(a), I certify that I conferred with defendant's attorney, Russell Williams, about the motion. He advised that he agrees with the relief sought by the motion.

>*David A. Frank*
>David A. Frank
>U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*David A. Frank*
>David A. Frank